## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in September 30, 2004

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| | : | **GRAND JURY ORIGINAL** |
| **v.** | : | **VIOLATIONS:** |
| | : | |
| **JARON BRICE,** | : | **18 U.S.C. § 1591** |
| **also known as JAY,** | : | **(Sex Trafficking of Children)** |
| **also known as BIRD,** | : | |
| **also known as JAY BIRD,** | : | **18 U.S.C. § 1591** |
| **also known as DADDY,** | : | **(Sex Trafficking by Force, Fraud, and** |
| | : | **Coercion)** |
| | : | |
| **Defendant.** | : | **18 U.S.C. § 2423(a)** |
| | : | **(Transportation of Minors for** |
| | : | **Prostitution)** |
| | : | |
| | : | **18 U.S.C. § 2421** |
| | : | **(Transportation of Persons for** |
| | : | **Prostitution)** |
| | : | |
| | : | **18 U.S.C. § 922(g)(9)** |
| | : | **(Unlawful Possession of a Firearm by a** |
| | : | **Person Convicted of a Misdemeanor Crime** |
| | : | **of Domestic Violence)** |
| | : | |
| | : | **22 D.C.C. § 3008** |
| | : | **(First Degree Child Sexual Abuse)** |
| | : | |
| | : | **22 D.C.C. § 2705** |
| | : | **(Pandering)** |

## I N D I C T M E N T

The Grand Jury Charges that:

## COUNT ONE

Beginning on or about March 31, 2004, and continuing until on or about October 31, 2004, in the District of Columbia and elsewhere, the defendant, **JARON BRICE, also known as "Jay," "Bird," "Jay Bird," and "Daddy,"** in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, and obtained by any means, K.H., a minor under the age of 18, knowing that K.H. had not attained the age of 18 years and that K.H. would be caused to engage in a commercial sex act.

(**Sex Trafficking of Children**, in violation of Title 18, United States Code, Section 1591.)

## COUNT TWO

Beginning on or about March 31, 2004, continuing until on or about October 31, 2004, in the District of Columbia and elsewhere, the defendant, **JARON BRICE, also known as "Jay," "Bird," "Jay Bird," and "Daddy,"** in and affecting interstate commerce, using force, fraud, and coercion, knowingly recruited, enticed, harbored, transported, provided, and obtained by any means, K.H., knowing that force, fraud, and coercion would be used against K.H. to cause her to engage in a commercial sex act.

(**Sex Trafficking by Force, Fraud, and Coercion**, in violation of Title 18, United States Code, Section 1591.)

## COUNT THREE

Beginning on or about April 1, 2004, and continuing until on or about April 30, 2004, in the District of Columbia and elsewhere, the defendant, **JARON BRICE, also known as "Jay," "Bird," "Jay Bird," and "Daddy,"** in and affecting interstate commerce, knowingly recruited, enticed, harbored, transported, provided, and obtained by any means, A.I., a minor under the age of 18,

2

knowing that A.I. had not attained the age of 18 years and that A.I. would be caused to engage in a commercial sex act.

(**Sex Trafficking of Children**, in violation of Title 18, United States Code, Section 1591.)

## COUNT FOUR

Beginning in or about October 2004 and continuing until on or about May 17, 2005, in the District of Columbia and elsewhere, the defendant, **JARON BRICE, also known as "Jay," "Bird," "Jay Bird," and "Daddy,"** in and affecting interstate commerce, using force, fraud, and coercion, knowingly recruited, enticed, harbored, transported, provided, and obtained by any means, Shakita Proctor, knowing that force, fraud, and coercion would be used against Shakita Proctor to cause her to engage in a commercial sex act.

(**Sex Trafficking by Force, Fraud, and Coercion**, in violation of Title 18, United States Code, Section 1591.)

## COUNT FIVE

Beginning on or about April 1, 2004, and continuing until on or about October 31, 2004, in the District of Columbia and elsewhere, the defendant, **JARON BRICE, also known as "Jay," "Bird," "Jay Bird," and "Daddy,"** knowingly transported an individual, that is, K.H., a minor under the age of 18, in interstate commerce, from Maryland to the District of Columbia and from the District of Columbia to Maryland, with the intent that K.H. engage in prostitution, a criminal offense under Title 22, D.C. Code Section 2701 (2001 ed.).

(**Transportation of Minor for Prostitution**, in violation of Title 18, United States Code, Section 2423(a).)

## COUNT SIX

On or about July 4, 2004, in the District of Columbia and elsewhere, the defendant, **JARON BRICE, also known as "Jay," "Bird," "Jay Bird," and "Daddy,"** knowingly transported an individual, that is, K.H., a minor under the age of 18, in interstate commerce, from the District of Columbia to New York, New York, with the intent that K.H. engage in prostitution, a criminal offense under Title 22, D.C. Code Section 2701 (2001 ed.).

(**Transportation of Minor for Prostitution**, in violation of Title 18, United States Code, Section 2423(a).)

## COUNT SEVEN

Beginning on or about April 1, 2004, and continuing until on or about April 30, 2004, in the District of Columbia and elsewhere, the defendant, **JARON BRICE, also known as "Jay," "Bird," "Jay Bird," and "Daddy,"** knowingly transported an individual, that is, A.I., a minor under the age of 18, in interstate commerce, from Maryland to the District of Columbia and from the District of Columbia to Maryland, with the intent that A.I. engage in prostitution, a criminal offense under Title 22, D.C. Code Section 2701 (2001 ed.).

(**Transportation of Minor for Prostitution**, in violation of Title 18, United States Code, Section 2423(a).)

## COUNT EIGHT

Beginning in or about October 2004 and continuing until in or about March 2005, in the District of Columbia and elsewhere, the defendant, **JARON BRICE, also known as "Jay," "Bird," "Jay Bird," and "Daddy,"** knowingly transported Shakita Proctor in interstate commerce, from the District of Columbia to Maryland, and from Maryland to the District of Columbia, with intent that

4

Shakita Proctor engage in prostitution for which a person can be charged with a criminal offense under Title 22, D.C. Code Section 2701 (2001 ed.).

(**Transportation of a Person for Prostitution**, in violation of Title 18, United States Code, Section 2421.)

**COUNT NINE**

In or about March 2005, in the District of Columbia and elsewhere, the defendant, **JARON BRICE, also known as "Jay," "Bird," "Jay Bird," and "Daddy,"** knowingly transported Shakita Proctor in interstate commerce, from the District of Columbia to Florida, with intent that Shakita Proctor engage in prostitution for which a person can be charged with a criminal offense under Title 22, D.C. Code Section 2701 (2001 ed.).

(**Transportation of a Person for Prostitution**, in violation of Title 18, United States Code, Section 2421.)

**COUNT TEN**

Between on or about March 31, 2004, and on or about March 2005, in the District of Columbia, the defendant, **JARON BRICE, also known as "Jay," "Bird," "Jay Bird," and "Daddy,"** having been convicted of a misdemeanor crime of domestic violence in District of Columbia Superior Court, case number DV3560-03, did unlawfully and knowingly receive and possess a firearm and ammunition, both of which had been shipped and transported in interstate and foreign commerce and possessed in an affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Misdemeanor Crime of Domestic Violence,** in violation of Title 18, United States Code, Section 922(g)(9).)

## COUNT ELEVEN

On numerous occasions from on or about March 31, 2004, through on or about October 31, 2004, any one and all of which constitute the offense of First Degree Child Sexual Abuse, but which the Grand Jury cannot further differentiate by date, in the District of Columbia, the defendant, **JARON BRICE, also known as "Jay," "Bird," "Jay Bird," and "Daddy,"** being more than four years older than K.H., a child under sixteen years of age, that is 14 years of age, engaged in a sexual act with that child, that is penetration of K.H.'s vulva with **JARON BRICE'S** penis.

(**First Degree Child Sexual Abuse**, in violation of Title 22, District of Columbia Code, Section 3008 (2001 ed.).)

## COUNT TWELVE

On numerous occasions from on or about March 31, 2004, through on or about October 31, 2004, any one and all of which constitute the offense of First Degree Child Sexual Abuse, but which the Grand Jury cannot further differentiate by date, in the District of Columbia, the defendant, **JARON BRICE, also known as "Jay," "Bird," "Jay Bird," and "Daddy,"** being more than four years older than K.H., a child under sixteen years of age, that is 14 years of age, engaged in a sexual act with that child, that is contact between K.H.'s vulva and **JARON BRICE'S** mouth.

(**First Degree Child Sexual Abuse**, in violation of Title 22, District of Columbia Code, Section 3008 (2001 ed.).)

## COUNT THIRTEEN

On numerous occasions from on or about March 31, 2004, through on or about October 31, 2004, any one and all of which constitute the offense of First Degree Child Sexual Abuse, but which the Grand Jury cannot further differentiate by date, in the District of Columbia, the defendant, **JARON BRICE, also known as "Jay," "Bird," "Jay Bird," and "Daddy,"** being more than four

6

years older than K.H., a child under sixteen years of age, that is 14 years of age, engaged in a sexual

act with that child, that is contact between K.H.'s mouth and **JARON BRICE'S** penis.

(**First Degree Child Sexual Abuse**, in violation of Title 22, District of Columbia Code,
Section 3008 (2001 ed.).)

## COUNT FOURTEEN

In or about April 2004, in the District of Columbia, the defendant, **JARON BRICE, also

known as "Jay," "Bird," "Jay Bird," and "Daddy,"** being more than four years older than A.I.,

a child under sixteen years of age, that is 15 years of age, engaged in a sexual act with that child, that

is penetration of A.I.'s vulva with **JARON BRICE'S** penis.

(**First Degree Child Sexual Abuse**, in violation of Title 22, District of Columbia Code,
Section 3008 (2001 ed.).)

## COUNT FIFTEEN

On numerous occasions from on or about March 31, 2004, through on or about October 31,

2004, any one and all of which constitute the offense of Pandering, but which the Grand Jury cannot

further differentiate by date, in the District of Columbia and elsewhere, the defendant, **JARON

BRICE, also known as "Jay," "Bird," "Jay Bird," and "Daddy,"** placed, caused, induced,

procured, and compelled, and attempted to place, cause, induce, procure and compel K.H. to engage

in Prostitution.

(**Pandering,** in violation of Title 22, District of Columbia Code, Section 2705 (2001 ed.).)

## COUNT SIXTEEN

From on or about April 1, 2004, through on or about April 30, 2004, any one and all of which

constitute the offense of Pandering, but which the Grand Jury cannot further differentiate by date,

in the District of Columbia and elsewhere, the defendant, **JARON BRICE, also known as "Jay,"**

**"Bird," "Jay Bird," and "Daddy,"** placed, caused, induced, procured, and compelled, and attempted to place, cause, induce, procure and compel A.I. to engage in Prostitution.

(**Pandering,** in violation of Title 22, District of Columbia Code, Section 2705 (2001 ed.).)

### COUNT SEVENTEEN

On numerous occasions from in or October 2004, through on or about May 17, 2005, any one and all of which constitute the offense of Pandering, but which the Grand Jury cannot further differentiate by date, in the District of Columbia and elsewhere, the defendant, **JARON BRICE, also known as "Jay," "Bird," "Jay Bird," and "Daddy,"** placed, caused, induced, procured, and compelled, and attempted to place, cause, induce, procure and compel Shakita Proctor to engage in Prostitution.

(**Pandering,** in violation of Title 22, District of Columbia Code, Section 2705 (2001 ed.).)

A TRUE BILL

FOREPERSON

Attorney of the United States
and for the District of Columbia

8