WARRANT FOR ARREST                                                                CO-180 (Rev. 3/93)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-367 | MAGIS. NO: |
| V. JARON BRICE also known as JAY, also known as BIRD, also known as JAY BIRD and also known as DADDY | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| DOB:                PDID: | FILED OCT 0 7 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF: Indictment | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Sex Tracking of Children
Sex Trafficking by Force, Fraud, and Coercion
Transportation of Minors for Prostitution
Transportation of Persons for Prostitution
Unlawful Possession of a Firearm by a Person Convicted of a Misdemeanor Crime of Domestic Violence
First Degree Child Sexual Abuse
Pandering

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 U.S.C. § 1591; 18 U.S.C. § 2423(a); 18 U.S.C. § 2421; 18 U.S.C. § 922(g)(9); 22 D.C.C. § 3008 and 22 D.C.C. § 2705 |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) DEBORAH A. ROBINSON U.S. MAGISTRATE JUDGE | DATE ISSUED: OCT 04 2005 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: OCT 04 2005 |

### RETURN

This warrant was received and executed with the arrest of the above-named person. REPORTING

| DATE RECEIVED 10-4-05 | NAME AND TITLE OF ARRESTING OFFICER SEAN MCLEOD SDUSM | SIGNATURE OF ARRESTING OFFICER Sean McLeod |
|---|---|---|
| DATE EXECUTED 10-7-05 | | |