UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-367 (RMC) |
| | : | |
| v. | : | |
| | : | |
| JARON BRICE | : | Status Date: November 14, 2005 |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Sharon Marcus-Kurn at telephone number (202) 353-9462 and/or email address Sharon.Kurn@usdoj.gov. Ms. Marcus-Kurn will substitute for AUSA Jeanne Hauch as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Sharon Marcus-Kurn
Assistant United States Attorney
AZ Bar No. 10970
555 4th Street, N.W.  Room 10-122
Washington, DC 20530
(202) 353-9462