IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) **Cr. No. 05-0367 (RMC)** |
| V. | ) |
| | ) |
| **JARON BRICE** | ) |
| _____ | ) |

## ORDER

Defendant Brice having moved to suppress photographic identifications made in this matter, and after hearing, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**.

This the _____ Day of _____, 2006.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE