everything and sent out the invitations did Delbert call off the wedding. Anna says she was "humiliated," and wants Delbert to repay her for all of the money she spent on the wedding. Delbert says he had every intention of marrying Anna until it became obvious that her only interests in life were "spending his money" and being unemployed. Delbert says he only wanted to postpone the wedding but Anna got hysterical and actually cancelled it, so the money is her problem, not his. Will Judge Hatchett's ruling "altar" the litigants' decision to split up?
Episode #4029.
A woman wants her former fiance to repay her the money she spent on the wedding that he called off.
Original Airdate: September 19, 2003.
A woman sues her former fiancé after he calls off their wedding.

---

Tuesday December 2, 2003
RERUN
Rob Garvine vs. Amy Garvine
Rob Garvine is bringing Amy Garvine to court to establish paternity of Amy's 2-year-old son and 4-month-old daughter. Rob says his "on-again/off-again" wife has always been a "liar" and a "cheater" who makes his life a "living hell." Rob admits their relationship has "had its share of violence," but Rob is not the one to blame because Amy has "anger issues." Rob says Amy uses sex to get what she wants and when he's not around she's occupying her time with her "cronies," so he has doubts about the paternity of these two children. Amy says Rob is "paranoid" because his first wife cheated on him, but all Amy has ever done is love him and give him a "nice family home." Amy was upset when Rob denied the paternity of their first son and the DNA test that was issued declared Rob as the child's father. Can Judge Hatchett determine who the one with the "issues" is in this paternity suit?
Episode #4042.
A man takes his wife to court to establish paternity of their children; she counters that he is paranoid.
Original Airdate: September 22, 2003.
A married couple trade accusations before the judge.

---

Wednesday December 3, 2003
Jerry Weaver vs. Sharon Riley
Jerry Weaver is suing his ex-girlfriend, Sharon Riley, for $2669 for the cost of the home entertainment center he says Sharon kept after they broke up. Jerry says Sharon is just "bitter" because he left her and married another woman. Jerry admits he went back and forth between both women, trying to decide which one he wanted, and realized Sharon was not the one when she started terrorizing his future wife, and even broke into her car. Sharon says Jerry is a "two-faced cheater" who's turned her life "upside down" more than once. Sharon says Jerry thought he could get away with playing both women, but she knows he really wanted her. Sharon says she finally dumped Jerry, but he'll never see his "precious" entertainment center again since he still owes her for a broken car window as well as $8000 in child support. Tune in as Judge Hatchett decides who really got played.
Episode #4039.
A man sues his girlfriend for the cost of an entertainment center, which she says only partially reimburses her for nonpayment of child support.
A man sues his ex in an attempt to recoup the cash equivalent of the entertainment center he claims she destroyed.

---

Thursday December 4, 2003
RERUN
D▓▓▓ M▓▓▓ vs. A▓▓▓ I▓▓▓

D▓▓ M▓▓ claims that her 14-year-old daughter, A▓▓ ▓▓, is a dangerously promiscuous runaway who has sex with men she meets in internet chat rooms. D▓▓ fears these older men are luring her daughter into a life of prostitution. A▓▓ claims that she enjoys running away, and has earned over a thousand dollars from having sex with older men. A▓▓ insists that her mom should stop worrying about her because she is tough enough to protect herself from pimps, and she wouldn't care if she died tomorrow because she's having fun. Judge Hatchett sentences A▓▓ to spend a day at a funeral home and morgue so she can witness the smell, sight and feel of death. Will Judge Hatchett's stiff intervention convince A▓▓ to change her promiscuous ways?
Episode #4009.
A risk-taking teenage girl is sentenced to spend a day at a funeral home and morgue in order to witness death up close.
Original Airdate: September 15, 2003.
The judge sentences a young girl to spend time in a morgue to dissuade her from keeping up her promiscuous lifestyle.

---

Friday December 5, 2003
RERUN
Venus Gonzales vs. Rosena Johnson
Venus Gonzalez is suing Rosena Johnson for $2,000, claiming Rosena stole her precious barbeque grill. Venus says the grill was a one of a kind family heirloom that had been enjoyed for years at family reunions, so she was "devastated" when it vanished from her brother's backyard. Venus says when a friend spotted the grill in front of Rosena's restaurant, the "Rib Shack," she rushed right over and identified it, but Rosena refused to admit it was stolen. Rosena denies she stole the grill and claims she purchased it from an employee for $500, and has the receipts to prove it. Rosena says she has no idea if the grill originally belonged to Venus. Rosena says Venus humiliated her by bringing the cops to her restaurant and making a scene. Tune in to see Judge Hatchett "grill" the litigants to uncover the truth!
Episode #4036.
A restaurant owner's devastation over a missing barbecue grill prompts litigation.
Original Airdate: September 23, 2003.
Two women squabble over who is the rightful owner of a grill.

Posted By Trevor Rieger
TVTalkShows.com Webmaster

**QUOTE** |

---

05-13-2004, **05:21 PM**                                    #2   IP: 68.105.106.44

**Eileenkris**                                              Join Date: Apr 2004
10+ TVTalkShows.com Member                                  Location: Cox
                                                            Posts: 27

This is in regards to the

{JUDGE HATCHETT SHOW}

I didn't know it wen't right online, now that I do I have more to say. They treated us like queens when we first got there, but once they got what they wanted, once the show was taped, all promise's were broken. the $50.00 loosey dollars a day they promised turned

into $30.00 one day and $20.00 another. Our limo that took us to the (hotel) ha..ha.. turned into a shuttle that drove threw and picked up people in east and west Harlem on the way back to the Airport, then when we got home the car they promised us wasn't even at the Airport and when we called and told them, they said, oh it was an oversite sorry, but oh well, and left us stranded. they said they were going to fix my daughter's teeth for the show (nice huh) yeh right! they filed them down to almost nothing, put some white bonding something on them, and now that were home it's all falling off and she has hardly any teeth left, plus if don't for a minute think any of that stuff there saying is real, they coach so hard it's almost like brainwashing and on top of it they threaten they told one girl if she didn't say it the way they wanted she wouldn't get her paternity results, and told my daughter she would have to pay for the paternity results and plane tickets home. I need to find someone who is writing a book on this or an article. I am not going to let up on this I am MAD I have never been treated so badly in my entire life and I will not stop until I feel justified.

Eileen Santos

**QUOTE** |

**POST REPLY**

« Previous Thread | Next Thread »

| TVTalkShows.com > Judge Hatchett | | User Name | User Name ☑ |
|---|---|---|---|
| **Judge Hatchett TV Listings: December 1-5 2003** | | Password | Log in |
| FREE Registration! | Top 100 Members | Today's Posts | Today's Posts | Search |

American Idol 5th Season 2006 | Carson Daly | Conan O'Brien | Craig Ferguson | David Letterman | Divorce Court | Dr. Phil McGraw | Early Show | Ellen Degeneres | Good Morning America | HSN Hosts | Jay Leno | Jenny Jones | Jerry Springer | Jimmy Kimmel | John Edward | Jon Stewart | Judge Alex | Judge Hatchett | Judge Joe Brown | Judge Judy | Judge Mathis | Martha Stewart | Maury Povich | Montel Williams | Oprah Winfrey | People's Court | QVC Hosts | Reality Shows | Regis & Kelly | Ricki Lake | Rosie O'Donnell | Sally Jessy Raphael | Sharon Osbourne | Soap Talk With Lisa Rinna and Ty Treadway | Tony Danza | Eye For An Eye TV | Today Show | Tyra Banks | View | American Idol Rewind

About Us | Contact Webmaster Trevor Rieger | TVTalkShows = TVTalkShows.com | Archive
TVTALKSHOWS.COM COPYRIGHT 1995-2006 ALL RIGHTS DYSFUNCTIONAL

# TV Talk Shows = TVTalkShows.com