

U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W. Room 10-122*
*Washington, D.C. 20530*



## *Sex Offense and Domestic Violence Section*

| To: | Mr. Shawn Moore<br>Mr. Jonathan Jeffress | From: | Sharon Marcus-Kurn, AUSA |
|---|---|---|---|
| Fax of recipient: | 202-208-7515 | Phone: | (202) 353-9462 |
| | | AUSA Fax: | (202) 305-0652 |
| Date: | February 3, 2006 | | |
| Re: | U.S. v. Jaron Brice, CR 05-367 (RMC) | | |
| Page(s): | 3 including cover | | |

### CONFIDENTIAL U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents constitutes confidential information. This information is the property of the U. S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.



U.S. Department of Justice

United States Attorney

District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

February 3, 2006

<u>Via Telefax No. 202-208-7515</u>

Mr. Shawn Moore
Mr. Jonathan Jeffress
Assistant Federal Public Defenders
625 Indiana Avenue, N.W. Suite 550
Washington, D.C. 20004

      Re: United States v. Jaron Brice
         <u>Criminal Number 05-367 (RMC)</u>

Dear Counsel:

  Attached are the relevant portions of the notes FBI SA Bridget Thomas took during her interviews of A.I. and K.H. The interview of K.H. was on November 12, 2004, at 11:30. The interview of A.I. was on April 5, 2005.

  The notes refreshed SA Thomas's memory and she is now certain that she showed A.I. a photo spread and not a stack of photos.

  SA Thomas confirmed that she has neither notes nor a 302 for her May 25, 2005, interview of Shakita Proctor.

  I will federal express to you on Monday additional discovery items including an expert summary and other material relating to the government's expert, Dr. Lois Lee.

              Sincerely yours,

              *Sharon Marcus-Kurn*

              SHARON MARCUS-KURN
              Assistant United States Attorney
              MYESHA BRADEN
              Special Assistant United States Attorney
              555 4th Street, NW, Room 10-122
              Washington, D.C. 20530
              (202) 353-9462
              Assistant United States Attorney



11:30  Nov. 12, 2004
Debrief

Shawn
Photo ID
#5  Jam Brick
     Jay-Bri



(#5) Pimp Ram Yarm Bros to man talking on