UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. CR 05-0367 (RMC)** |
| | : | |
| v. | : | |
| | : | |
| **JARON BRICE,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Special Assistant United States Attorney Myesha K. Braden is entering her appearance as co-counsel in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Myesha Braden
Special Assistant U.S. Attorney
DC Bar No. 461485
U.S. Department of Justice - Crim. Division
1400 New York Ave, NW - Ste. 600
Washington, DC 20530
(202) 514-6037
Myesha.Braden@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I HEREBY CERTIFY that a copy of the foregoing motion and proposed order has been mailed, first class, postage prepaid, to counsel for the defendant, James Beane, Jr., 6729 Hopewell Avenue, Springfield, Virginia 22151, this _____ day of June, 2005.

      _____
      Jeffrey R. Ragsdale
      Assistant United States Attorney