# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
|  | ) Cr. No. 05-0367 (RMC) |
| **V.** | ) |
|  | ) |
| **JARON BRICE** | ) |
| _____ | ) |

## ORDER

Defendant Brice having moved to continue this matter, and after hearing, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**.

This the _____ Day of _____, 2006.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE