## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **Criminal Case No. 05-367 (RMC)** |
| | ) | |
| **JARON BRICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Upon motion of the parties, the United States of America and Defendant Jaron Brice, for the issuance of an order seeking the psychiatric records of A.I., also known by the Social File No. 00002444, and upon consideration of the representations made by both parties in this matter, the Court finds:

(1)  That information acquired by personnel of the District of Columbia Department of Youth Rehabilitative Services ("DYRS"), in attending to the mental health of A.I., also known by the Social File No. 00002444, is potentially relevant information in the criminal trial of Jaron Brice; and

(2)  That disclosure of such information is in the interests of public justice.

Accordingly, it is, this 16th day of February 2006, hereby

**ORDERED** that DYRS, 1000 Mt. Olivet Road, NE, Washington, D.C. 20002, shall provide the results of any psychiatric and mental health evaluations and treatment plans, if any, of A.I., also known by the Social File No. 00002444, to the Court for its *in camera* review; and it is

**FURTHER ORDERED** that if the Court determines that it is in the interest of the

public justice that the records shall be provided to the parties, Assistant United States Attorneys Sharon Marcus-Kurn and Myesha Braden and Assistant Federal Public Defenders Shawn Moore and Jonathan Jeffress shall not give the records or any information therein to the Defendant or to any person who is not directly involved in this litigation and shall not disclose the present location of A.I. to anyone for any reason.

**SO ORDERED**.

Dated: February 16, 2006.

ROSEMARY M. COLLYER
United States District Judge