UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-0367 (RMC) |
| | : | |
| v. | : | |
| | : | |
| JARON BRICE | : | Trial Date: Feb. 27, 2006 |

**PROPOSED COMPETENCY QUESTIONS FOR K.H.**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, submits the following proposed questions for the Court when conducting its competency screening of K.H.

PROPOSED COMPETENCY QUESTIONS FOR K.H.

**I.    Ability to observe, remember, communicate**

1.    What is your first name?

2.    What is your date of birth?

3.    How old are you?

4.    What month is it?   What year is it?

5.    Who is the president of the United States?

6.    What city are you in right now?

7.    Do you know where your father lives?  If so, what city does he live in?

8.    Tell me about your favorite game (or movie/tv show, etc. in order to get a sense of narrative)
       What do you like best about that game, show, movie?

**II.      Consciousness of truth/lie and morality**

1.  Do you know what the difference between a true and a lie is?

2.  Tell me what the "truth" is.

3.  Tell me what a "lie" is.

**Identification tasks -**

4.  If I said that your name is _____ , would that be a truth or a lie?

5.  If I said that _____ was the President of the United States, would that be a truth or a lie?

6.  If I said that you were _____ years old, would that be a truth or a lie?

7.  If I said that I was wearing a _____, would that be a truth or a lie?

**Consequences**

8.  Do you know what happens to somebody when they tell a lie?

9.  Has anyone that you care about talked to you about telling lies?  What did he/she say?

10. What happens if you tell a lie an adult who is taking care of you?

11. Is it a good thing or a bad thing to tell a lie?

**III.  Instruction Task**

12. Explain what it means to tell only what you remember and do not guess?

13. Do you understand that when you testify at trial, you should not guess the answer to a question and only tell what you actually know?

    (Explain to witness that she should only tell what she remembers, and should not make guesses)

14. (Test on this matter...)  Do you know what color my car is?

15. What did I have for breakfast this morning?

16. Inquire if the child knows that their job in court is to tell the truth.

17. Solidify that child agrees to tell the truth.

                        Respectfully submitted,

By: _____
SHARON MARCUS-KURN
Assistant United States Attorney
MYESHA BRADEN
Special Assistant United States Attorney
555 4th Street, NW, Room 10-122
Washington, D.C. 20530
(202) 353-9462