IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :

        Plaintiff,                       :

    v.                                    : Case. No. 05-367 (RMC)

JARON BRICE,                         :

        Defendant.                       :

**FILED**

FEB 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the motion filed herein on February 15, 2006, it is hereby

*ORDERED* that the Motion to Unseal Transcript be sealed;

*IT IS FURTHER ORDERED* that the Motion to Unseal Transcript is *GRANTED* for the sole purpose of providing a copy of the transcript to counsel.

*IT IS FURTHER ORDERED* that Crystal Pilgrim, Official Court Reporter, United States District Court, 333 Constitution Ave., NW, Washington, DC 20001, is authorized to provide a complete copy of the February 15, 2006, sentencing hearing transcripts on behalf of defendant, Jaron Brice, to Shawn Moore, Assistant Federal Public Defender.

ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

16 February 2006