## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-0367 (RMC) |
| | : | |
| v. | : | |
| | : | **FILED** |
| JARON BRICE | : | |

FEB 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### JURY VERDICT FORM

### COUNT ONE

With respect to the charge of Sex Trafficking of Kristal, a minor, we the jury find the defendant:

_____X_____ Guilty                    _____ Not Guilty

### COUNT TWO

With respect to the charge of Sex Trafficking of Shakita Proctor by Force Fraud, or Coercion, we the jury find the defendant:

_____ Guilty                    _____X_____ Not Guilty

## COUNT THREE

With respect to the charge of Transporting Kristal, a minor, from Maryland to the District of Columbia or from the District of Columbia to Maryland, for prostitution, we the jury find the defendant:

_____ X _____ Guilty                              _____ Not Guilty

## COUNT FOUR

With respect to the charge of Transportation of Kristal, a minor, from the District of Columbia to New York, for prostitution, we the jury find the defendant:

_____ X _____ Guilty                              _____ Not Guilty

## COUNT FIVE

With respect to the charge of Transportation of Shakita Proctor from the District of Columbia to Maryland or from Maryland to the District of Columbia, for prostitution, we the jury find the defendant:

_____ X _____ Guilty                              _____ Not Guilty

**COUNT SIX**

With respect to the charge of Transportation of Shakita Proctor from the District of Columbia to Florida for prostitution, we the jury find the defendant:

_____ Guilty                    ____X____ Not Guilty

**COUNT SEVEN**

With respect to the charge of First Degree Child Sexual Abuse, penetration of Kristal's vulva with the defendant's penis, we the jury find the defendant:

____X____ Guilty                    _____ Not Guilty

**COUNT EIGHT**

With respect to the charge of First Degree Child Sexual Abuse, contact between Kristal's vulva and the defendant's mouth, we the jury find the defendant:

____X____ Guilty                    _____ Not Guilty

**COUNT NINE**

With respect to the charge of First Degree Child Sexual Abuse, contact between the defendant's penis and Kristal's mouth, we the jury find the defendant:

____X____ Guilty                    _____ Not Guilty

## COUNT TEN

With respect to the charge of Pandering of Kristal, we the jury find the defendant:

_____X_____ Guilty                    _____ Not Guilty


## COUNT ELEVEN

With respect to the charge of Pandering of Shakita Proctor, we the jury find the defendant:

_____X_____ Guilty                    _____ Not Guilty


_____
FOREPERSON

_____
2-28-06
DATE