## Jury Note

**FILED**

FEB 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

JARON BRICE

CR 05-367 RMC

> DO WE HAVE TO ARRIVE AT A VERDICT ON EVERY COUNT? THAT IS, IT POSSIBLE TO DEADLOCK ON SOME COUNTS WHILE COMING TO A VERDICT ON OTHERS?
>
> It is possible to come to a unanimous verdict on some counts and to deadlock on others. However, given the length of the trial and the short time the jury has been deliberating, the Court encourages you to continue your discussions with open minds to try to achieve a unanimous verdict on each count.
>
> *Rosemary M Colley*

2-28-06
DATE

JURY FOREPERSON

## Jury Note

UNITED STATES OF AMERICA

vs.

JARON BRICE

**FILED**

FEB 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 05-367 RMC

RELATED TO COUNT ELEVEN:

CAN YOU PROVIDE A DEFINITION OF OR CLARIFICATION OF: "THE DATE ALLEGED IN THE INDICTMENT"?

2·28·06
DATE

JURY FOREPERSON

## Jury Note

UNITED STATES OF AMERICA

vs.

JARON BRICE

**FILED**

FEB 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 05-367 RMC

WE HAVE REACHED A VERDICT ON EVERY COUNT

2.28.06
DATE

JURY FOREPERSON

## Jury Note

UNITED STATES OF AMERICA

vs.

JARON BRICE

**FILED**

FEB 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 05-367 RMC

*IGNORE THE LAST NOTE GIVE US 10 MINUTES*

___2-28-06___
DATE

_____
JURY FOREPERSON

## Jury Note

UNITED STATES OF AMERICA

vs.

JARON BRICE

**FILED**

FEB 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 05-367 RMC

*We absolutely have all verdicts.*

2-28-06
_____          _____
DATE                              JURY FOREPERSON