UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Crim. No. 05-367 (RMC) |
| JARON BRICE, | ) | |
| Defendant. | ) | |

**DEFENDANT JARON BRICE'S UNOPPOSED
MOTION TO CONTINUE SENTENCING DATE**

Mr. Jaron Brice, the defendant, through undersigned counsel, respectfully submit this unopposed motion to continue the sentencing date in this matter. In support of this motion, counsel submit the following:

1. The sentencing in this matter is currently scheduled for **May 12, 2006**, at 11:00 a.m.

2. On April 10, 2006, counsel for Mr. Brice received the draft Presentence Report ("PSR"). Objections to the PSR were due this past Friday, April 21, 2006.

3. The PSR is more complicated than the typical PSR and involves areas of the Sentencing Guidelines that undersigned counsel is not thoroughly familiar with. Mr. Brice is accordingly requesting until May 12, 2006 to prepare his objections to the PSR.

4. In addition, undersigned counsel is seeking more time to prepare for sentencing generally. Mr. Brice is a young man (27 years old) facing a substantial prison term. Counsel is accordingly requesting several more weeks in which to prepare for sentencing.

5. Counsel for the government do not oppose this motion. AUSA Marcus-Kurn notes

that she is unavailable the last week of June.

    WHEREFORE, Mr. Brice respectfully requests that the objections to the PSR be due May 12, 2006 and that the sentencing in this matter be continued until sometime after May 2006.

        Respectfully submitted,

        _____/s/_____
        Shawn Moore
        Jonathan S. Jeffress
        Assistant Federal Public Defenders
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C.  20004

        (202) 208-7500