UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Crim. No. 05-95 (PLF) |
| MARK A. BURNETTE, | ) | |

**ORDER**

Upon consideration of defendant Mark Burnette's Unopposed Motion to Continue Sentencing Date, it is hereby

**ORDERED** that Mr. Burnette's motion is **GRANTED**; and it is

**FURTHER ORDERED** that sentencing is now set for _____ at _____ am/pm; and it is

**FURTHER ORDERED** that an interim status conference is now set for _____ at _____ am/pm

**SO ORDERED**.

_____
THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

**DATE:**

Jonathan S. Jeffress, AFPD
Elisa Poteat, AUSA