UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Crim. No. 05-367 (RMC)** |
| | ) | |
| **JARON BRICE,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

Upon consideration of Defendant's motion for an alternative PSR calculation, any opposition thereto, and for good cause shown, it is hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the United States Probation Office shall provide the Court and the parties with an offense level calculation in this case that does not incorporate acquitted conduct or conduct never presented to the jury by

_____, 2006.

**SO ORDERED**.

_____
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

**DATE:**

Copies to:

Jonathan S. Jeffress, AFPD
Sharon Marcus-Kurn, AUSA
Michael Penders, United States Probation