IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 05-367 (RMC) |
| ) | |
| JARON BRICE, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT JARON BRICE'S MEMORANDUM IN AID OF SENTENCING. PART I**

Mr. Jaron Brice, by his attorneys, Shawn Moore and Jonathan S. Jeffress, Assistant Federal Public Defenders, pursuant to Rule 32, Federal Rules of Criminal Procedure, hereby respectfully submits Part I of his Memorandum in Aid of Sentencing. Part I of Mr. Brice's Memorandum addresses the "history and characteristics" of Mr. Brice, a sentencing consideration mandated by 18 U.S.C. § 3553(a)(1). Mr. Brice will be submitting Part II of his Memorandum in Aid of Sentencing, which addresses the other § 3553(a) factors, including the appropriate Guidelines calculation, shortly hereafter.

Based in part on the personal considerations set forth below, Mr. Brice respectfully submits that the appropriate sentence in this case is no greater than 120 months incarceration, or ten years. For the reasons set forth below and that will be submitted in Part II, Mr. Brice further respectfully submits that a sentence of *life imprisonment*, as the government requests, would be an unfair and unjust sentence under the facts and circumstances of this case.

**BACKGROUND**

**A. Personal History**


*Jaron with his sister, Roshon Gibson*

Jaron Brice is 27 years old. He was born on July 29, 1978. His mother is Diane Brice and his father is James Robinson. Jaron is the only child born of this union. James Robinson, who friends called "Gangster," sold drugs and had been incarcerated prior to Jaron's birth. James and Diane had a tumultuous relationship and they parted shortly after Jaron was born. James was physically abusive to Diane and was involved with other women while he and Diane were together. Roshon Gibson, 37, Jaron's older half-sister, explains, "He's [James] always been responsible when it comes to paying for daycare and that kind of stuff but he was physically abusive. There were several incidents, them arguing and fighting. I've never seen him be abusive toward the kids. I saw him hit my mother." (See Attachment A.)[1]


*Jaron with his father, James Robinson*

Around 1980, when James and Diane Brice's relationship ended, James forcibly took Jaron from his mother and sister and took him to Baltimore. Diane Brice explains, "When James left he took Jaron. I called the police. James wouldn't let me take Jaron back, the police wouldn't make him. I didn't know

---

[1] Because of the large number of letters submitted on behalf of Mr. Brice and the difficulty scanning certain of those letters, as well as privacy concerns, a copy of his Memorandum containing the attachments will be hand-delivered to the Court, the Government, and Probation. The electronically filed copy (the "ECF copy") does not include the attachments.

where he was at one point. I didn't know where James was. I didn't know where Jaron was."

For a period of years James did not inform anyone in Jaron's family of his whereabouts or well-being. Jaron's father, James Robinson, explains:

"Then we left. We lived in Baltimore one year. I had people pick him up for me when I went to work. In Baltimore I worked building the harbor up. I met a girl, Shirley Duncan, who helped me take care of him. She was my friend. She wanted to help me. She had a son too. He was a couple of years older. I gave her $30 every time she needed money. I wanted [Diane] to have him back after awhile because it was hard for me, waiting at the doctors, stuff like that. I was like a mother, a lady. It wasn't too bad. I didn't like it though." (See Attachment B).



**Jaron with his younger brother, Capone Haynes**

James Robinson tired of caring for Jaron and brought him back to Diane Brice. Jaron returned to his mother in Riverdale, MD and more upheaval followed. His mother, Diane Brice, explains: "I was running a million miles an hour, working, going out, working, going out." Ms. Brice was involved with Franklin Carter who fathered Jaron's younger brother, Capone Haynes. Franklin Carter, like Jaron's father, sold drugs, operating a large scale illegal drug enterprise at the corner of 10th and V Street, NW. Franklin Carter also ran a used car dealership and nightclub and was able to provide material things to Jaron's mother and her family, including luxury cars and a house in Clinton, MD. Franklin Carter was involved with other women and fathered another child while he and Diane Brice were together. Jaron's half-sister, Roshon Gibson, explains that Franklin's infidelity sent Diane into a severe depression. Ms. Gibson explains:

> "When my mother was pregnant with Frank's child [Capone] she was mean as ever. She mistreated us. She knew Frank had another woman pregnant at the same time. She was very argumentative. I remember she beat me with one of my

3



**Jaron with his sister and brother**

brother's bats when a boy dropped me off. My brothers saw her do that. She didn't beat them but she was short with them."

Even in good times Diane was not an affectionate or loving parent towards her three children. Ms. Gibson explains:

"My mom got home around 6:30 most nights. There were nights she would get dressed and go out. I watched my brothers after school and in the evening if my mom went out. She wasn't a party animal. When she was home she wasn't with us. She didn't help us with schoolwork. We would be in the basement watching TV. She would be in her bedroom to herself. I don't know what she was doing ... My mom wasn't affectionate either. My grandmother showed affection by giving us stuff. I can count the number of times my mother has kissed me, maybe five times ... I don't think she's ever hugged me. I never saw her being affectionate with the boys either."

On November 22, 1988, Franklin Carter pled guilty to two counts of Possession with Intent to Distribute Cocaine in DC Superior and was sentenced to two terms of 20 to 60 months in prison to run consecutively (See Attachments C and D). Diane lost the house where she and the children had been living. Jaron recalls receiving collect calls from Franklin in prison. Carter was ultimately released from prison and was killed in a drug-related shooting on June 3, 1992. A Washington Post article, *'The Volatile Career Path of a Drug Corner Kingpin'*, details the rise and eventual fall of Mr. Carter's protégé, Leroy Watson, including Mr. Watson's decision to kill Carter, his crime boss in 1992 (See Attachment E). The Post reports, "In 1992 [Leroy] Watson made his career move and executed his drug boss, a 40-year-old named Franklin Michael Carter. He inherited a $2 million-a-year business, according to police." The article continues to detail Carter's ultimate demise, "A similar fate befell Carter, the husky, bearded dealer who ran the 10th

and V drug corner for years. He and a buddy were cruising on June 3, 1992, checking out the turf, when Watson, Jr. and two other youths pulled up alongside in their own car. Someone pulled a gun and pumped a bullet into the head of Carter's friend. Carter took off, driving half a block before he lost control and crashed into a store window. Watson Jr. jogged over, police say, and shot his former boss in the head."

Diane then began a relationship with Archie Kenny, 17 years her senior. Archie Kenny, like James Robinson and Franklin Carter, was also involved in illegal activities: gambling, running numbers, etc. Archie re-purchased the house in Clinton, MD, that Diane had lost following Franklin Carter's arrest. The relationship with Archie was short-lived and Diane married Elroy Haynes in 1993, who had been a long-time boarder at her mother's house. Elroy Haynes was a long suffering alcoholic and also had a prior drug conviction for Attempted Possession of Heroin. Roshon Gibson, Jaron's sister, recalls Jaron telling her that he and Elroy used to drive somewhere and Elroy would leave the truck and return with "holes in hands," seemingly from intravenous drug use. Elroy Haynes died on July 20, 1994, ten months after his marriage to Diane Brice.

Jaron's mother, Diane Brice, worked full time as a government employee, first at the General Accounting Office (GAO) and currently at the General Services Administration (GSA). In addition to her employment with the government she also ran a beauty salon in Washington, DC, called Lady Brice Barbara Salon. Ms. Brice remembers, "I was there after work until close, usually nine or so. I ran the salon for five years. Jaron was 10, 11, 12. Sometimes I picked [the children] up after work and brought them to the shop. On Saturdays they went with me to the shop. Other times they came home and were alone." (See Attachment B). Ms. Brice admits, "I

have reflected back on my life and questioned myself how did I fail my child, in my younger days if I had made better choices in my life if things would be different today for my child, somewhere along the path I screwed up." (See Attachment F).

In 1994, at the age of 16, Jaron again went to live with his father, James Robinson, and his long-time girlfriend, Earline Wright. Mr. Robinson and Ms. Wright lived in a house in Rockville, MD. The home environment in Rockville was also strained and sometimes abusive. Jaron's father, James Robinson, was arrested in Montgomery County, MD, for battery of his girlfriend, Earline Wright on September 29, 1994 and then again on February 28, 1997, he was charged and convicted of second degree assault of Ms. Wright. (See Attachment G). While living in Rockville, Jaron attended Richard Montgomery High School and participated in after-school activities at Lincoln Park Community Center. Ms. Wright writes, "Jaron was a well liked person at school, in our neighborhood, at church and the community center where he participated in many of the after school programs, such as tutoring sessions to help him with his academics, basketball, football, the mentoring program." (See Attachment H). Jaron's father was very strict with Jaron and kept him from going out at night and talking on the telephone. Mr. Robinson explains how things were when Jaron came to live with them.

> "People thought I was too tight on [Jaron]. I found marijuana in his pocket. He told me he had it for somebody else. I was kind of rough on him. I got mad. He wouldn't go to school I swung at him, he ducked. When Jaron came to stay with me I bought him clothes. I took him to the go-gos. I raised that boy right. I bought him clothes. I took him to downtown DC showed him drug addicts and prostitutes – asked him if he wanted to be like them." (See Attachment B).

Jaron's childhood was one absent of meaningful guidance and affection. Dr. Carole Giunta, who conducted a psychological evaluation of Mr. Brice during the last several months,

6

explains:

> Mr. Jaron Brice is a 27 year old man whose history is notable for a tremendous lack of emotional availability and guidance from his parents. He lived with is mother until age 14, but there was limited emotional bond as his mother was absent a great deal from the home and when she was present she provided him with little affection or attention. His father was "ripping and running" during Mr. Brice's early years. When he lived with his father as a teenager, Mr. Brice felt alienated by his father's rigidity and excessively strict rules. Notably, both of his parents accepted Mr. Brice's decision to drop out of school and leave home at 16. Thus, despite the fact that he lived with each of his parents in turn and was adequately provided for in many ways, he had little connection to sustain him emotionally and received virtually no parental guidance. As his older sister put it, "There was no positive role model in Jaron's life, no one who guided him." (See Attachment I).

Around 1997 Jaron left his father's house and ultimately moved in with his grandmother, Hannah Brice. Jaron has always had a close and special relationship with his grandmother. Hannah Brice is 82 years old. She underwent both knee and stomach surgery for a tumor in the past five years. Hannah Brice proudly states, "He has always been a respectful and good grandson to me. He never talks back or disrespects me. He has been there for me, especially after I had my operation." (See Attachment J). Jaron's sister, Roshon Gibson, also remembers how Jaron would always support his grandmother:

> "My grandmother and Jaron have a very special bond. He holds her dear to his heart. She depended on him a lot. Jaron would be sure she got to her doctors appointments and picked up her prescriptions when needed. Speaking of doctors, I recall a time when my grandmother was in the hospital for a bleeding ulcer. As she laid in the bed with everyone around her but Jaron, she questioned his whereabouts. I called him to ask him why he wasn't at the hospital. He replied by saying, "I am at the hospital. I am in the parking lot. I can't bear to see her lying there. Tell her if she needs anything, just call me and I will make sure it's done. I will come here every evening and call her to make sure she is o.k." And you know every evening after he got off work he sat in the parking lot talking to his granny on the phone. She means the absolute world to him; he will give his last for his grandmother. A couple of years ago, we celebrated my grandmother's 80th birthday. We gave her a surprise party that couldn't have taken place if it

7

weren't for the financial support of Jaron ... One thing that we all fear most – when Jaron is given his sentence and is sent away, he may never get to see my grandmother again. The thought really daunts me." (See Attachment A).

Dr. Carole Giunta also notes the positive influence Hannah Brice has had on Jaron's life. "At age 20 Mr. Brice went to live with his grandmother who he described as very special. He described her home as a calm environment where he was able to get his thoughts together. He noted that "she gave me enough space to explore. She had her limitations but she pushed me to be independent, get a job and go back to school." He also noted that she helped him build his religious beliefs." (See Attachment I).



**Jaron and Lennetta Brown, Longtime Girlfriend**

Jaron has two children, Jaron Brice, Jr., born August 13, 1999, and Devin Brice, born January 9, 2001. Both children are from Jaron's relationship with long-time girlfriend Lennetta Brown. Ms. Brown is a graduate of Eastern High School and is employed at Kaiser Permanente and CVS as a Pharmacy Technician. Ms. Brown explains, "I was attracted to Jaron because of the way he treated me and the way he made me feel as a person. He always treated me with respect and cared about my feelings, he also made me laugh a lot." (See Attachment K). Dr. Giunta reports how Jaron thinks about their relationship:

> "As he put it, 'She's the first person I had feelings for. She gave me a purpose for living, something to strive for. She made goals in my life appear. She snapped me out of thinking life had no purpose, no goals. I didn't know how to live life. She gave me the reason I was missing.' The couple went on to have two children together who are now ages five and six. During those years, Mr. Brice was definitely seeing a future with Ms. Brown. He was very involved in caring for the children and felt very connected to Ms. Brown..." (See Attachment I).



**Jaron and his son, Jaron, Jr., at his birth**

Ms. Brown recalls Jaron, Jr.'s birth at Washington Hospital Center fondly with Jaron and all of his family present to welcome their son. "Jaron was so excited when the baby was born. We didn't know what he was until he was born. His mom, his grandmother, his sister, his dad, his dad's girlfriend, our friends and our cousins were all at the hospital." (See Attachment K).

Jaron provided for his children, including for Christmas 2004. Lennetta explains, "Christmas one of two years ago I wasn't working and I was so worried about Christmas – I didn't have anything for the boys. Jaron surprised us all - we had beaucoup presents. Jaron got the boys a Jeep – he was riding it outside with them." (See Attachment B).



**Devin Brice**

Ms. Brown explains, "Jaron is great with the kids. He laugh and joke with the kids. Jaron can just look at the kids and they know – Daddy means stop or I shouldn't be doing this." (See Attachment K). A family friend, John Himchak, writes about a recent holiday dinner, "Devon and J.J., the two boys were very obedient and very focused on just about everything their father said and did. The three were inseparable." (See Attachment L).

Jaron Brice's incarceration has been very difficult for his children. Lennetta Brown explains:

"This situation has taken a toll over my oldest son.  He is having some emotional problems and acting out at school and at home.  I'd never seen this behavior before so decided to seek professional help from a therapist so I could get a better understanding.  He'd mention (my son) to the therapist that he was missing his daddy and he at times thought that it was my fault that Jaron Sr. wasn't around.  Everyday I reassure to the children, especially Lil' Jaron that daddy loves you and he will always love you.  Mr. Brice was a good disciplinary person for the boys and what amazed me the most was all he had to do was look at them and he didn't have to unpart his lips and they knew he was serious.  Judge, I'm having a hard time raising my boys with Mr. Brice being absent ... I truly believe from deep within myself that Jaron will make the most of this second chance if one is given and I will promise you that I will do my best that he maintains." (See Attachment K).



**Jaron Brice, Jr.**

Earline Wright, Jaron's father's long-time girlfriend writes,

"You see I have seen his kids cry, because they miss their Dad.  About two or three weeks ago, we Jaron, Devin and I were in the middle of a game when suddenly, little Jaron bust into tears.  I asked him, what is wrong, and he stated, "I miss my Dad.  I am scared I'm not going to see him anymore."  Along with the incarceration of Jaron that statement breaks my heart, in fact it's slowly killing me.  I have prayed to God asking that he bless all of the people this case touches." (See Attachment H).

Jaron and his sister, Roshon Gibson, have a close relationship, also.  Jaron walked his sister down the aisle at her wedding.  Ms. Gibson explains, "He is not only my brother; he is one of my closest friends.  Jaron has been there for me through good and bad.  He has always offered me encouragement and comfort.  I remember when I was getting married and he was about to walk me down the aisle.  He noticed the nervousness on my face and said, "There is a door right there, we can run if you want to."  His comment instantly made me laugh and eased my nerves." (See Attachment A).

Jaron has offered both support and love to Roshon Gibson's three daughters, his nieces,

10

in times of need. His oldest niece, Obini Gibson, 18, explains:

> "There was a tough time in my life. I had to tell my family I am gay. During this time Jaron stood by me and showed me much love. He didn't treat me any different. He told me that I will always be his number one niece no matter what choices I made in life. I feel exactly the same way without him. I will always love him no matter what ... I really miss my uncle. Since has been going it seems like there is no oomph in the family. When someone called on him, he was there." (See Attachment M).

Jaron also tried to cook for his nieces though the results were not always perfect. Obini explains, "Whenever my sisters and I were hungry he either gave us money or cooked for us. His cooking wasn't always the greatest, but he made sure we were fed. He loved to experiment on the grill. The results were sometimes burnt food or burnt arms." Jaron's youngest niece, Lamani Gibson,8, adds, "I really miss my uncle. He cooked burgers on the grill and burnt them." (See Attachment N).

In addition to having a close relationship with Roshon Gibson, his older sister, Jaron is also close with Capone Haynes, his younger half-brother. In 2005, Capone Haynes was admitted to a mental hospital in 2002 and ultimately diagnosed with schizo-affective disorder, bipolar type. Capone Haynes is currently in a supervised care facility. Dr. Giunta describes Jaron's relationship with Mr. Haynes:

> "Mr. Brice described his brother Capone as an important person in his life. When they were younger they did everything together. He described himself as a permanent babysitter because he made sure Capone ate, got to school and so on. Approximately three or four years ago Capone was diagnosed with schizophrenia. Mr. Brice felt hurt by his brother's illness in that he did not understand why his brother became so sick when he had previously seemed normal. Mr. Brice now feels as though he has lost his brother." (See Attachment E).

Diane Brice, Jaron's mother, writes, "Jaron has a mentally challenge baby brother whom he loves very much. My son Jaron has promised me he would always be there for his brother and take

care of him. Jaron told me if both of them had to sleep in Jaron's car his brother would never live in the streets." (See Attachment F).

**B. Employment History**

Jaron worked for Winkler Pool Management in Hyattsville, MD, from April 2001 to October 2001 as a lifeguard. Mr. Tom Stall, who worked in Human Resources office of Winkler Pool, rated Jaron's job performance as "good" and said that he had a good record of attendance.

Jaron was employed by Therimmune Research Corporation in Gaithersburg, MD, as an Animal Care Technician, from November 2001to August 2002. He received a favorable performance evaluation by his supervisor, Ms. Isaacba Davies, in March 2002, and also a salary increase. Ms. Davies reports "Jaron is very hardworking. He is a productive member of his team and is willing to help wherever help is needed. He is attentive when listening to instructions and completes all tasks as prescribed. With only five months in the field he has trained and obtained certification for working with non-human primates. He is reliable and schedules leave requests with advanced noticed." (See Attachment O.)

**C. Educational History**


**Jaron with his grandmother, Hannah Brice**

Since his incarceration Jaron has attended academic classes and on April 6, 2006, he successfully passed his GED exam. (See Attachment P). Jaron's case manager, Mr. O. Aquaowo, at CTF (Correctional Treatment Facility) reports the following: "He has been a model inmate and has not incurred any infraction. His current custody level is minimum 4 (low custody). Our facility houses minimum and medium custody inmates. The numerical range of custody levels cover

between less than zero to medium 12. Inmate Jaron Brice also works in my Housing unit as a laundry detail who takes his responsibility seriously." (See Attachment Q). Jaron Brice's sister, Roshon, explains, "I honestly believe that he wants to make an effort to make some positive changes in his life. He started by obtaining his GED. I was so proud of him. He gave the "Welcoming" speech at the graduation. I couldn't believe how well he performed in front of a crowd. He gave eye contact, he spoke his words clearly, and did not use one speech interrupter." (See Attachment A).

     Mr. Brice also has the support and encouragement of people in his religious community. Reverend Mildred-King Chatmon writes, "Mr. Brice stated to me that if the court would give him another chance, he plans to care for his family, and ask God to forgive him for his actions. Mr. Brice also stated that he plans to get a good job, and keep himself involved in the church." (See Attachment R). Also, Pastor Earl Ross writes, "He and his father (James Robinson) attended Randall Memorial Baptist Church on several occasions ... Jaron is the proud father of two boys, whom he loves very much. He is a good, loving and dedicated father and is greatly missed by his sons." (See Attachment S).

## **CONCLUSION**

For the foregoing reasons, and for the reasons to be set forth in Part II of Mr. Brice's Memorandum In Aid of Sentencing, Mr. Brice respectfully submits that the appropriate sentence in this case is no more than 120 months incarceration.

Respectfully submitted,
A.J. KRAMER

_____

Shawn Moore, Esq.
Jonathan S. Jeffress, Esq.
Counsel for Jaron Brice
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

## Attachments

A)  Letter from Roshon Gibson, Sister
B)   Federal Public Defender Supplement to Pre Sentence Report
C) DC Superior Court Case File, F-7448-87, US v. Franklin Carter
D) DC Superior Court Case File, F-7646-87, US v. Franklin Carter
E) <u>Washington Post</u> Article, "*The Volatile Career Path of a Drug Corner Kingpin*", 06/03/1992
F)  Letter from Diane Brice, Mother
G) Montgomery County, MD District Court Case File, 5D00042544, State of MD v. James Robinson
H)  Letter from Earline Wright, Family Friend
I)  Report of Dr. Carole Giunta, Psychologist
J)  Letter from Hannah Brice, Maternal Grandmother
K)  Letter from Lennetta Brown, Girlfriend, Children's Mother
L)  Letter from John Himchak, Family Friend
M)  Letter from Obini Gibson, Niece
N)  Letter from Lamani Gibson, Niece
O) Therimmune Employment Records – Evaluation
P)  GED Certificate
Q)  Letter from O. Aquowo, CTF Case Manager
R)  Letter from Reverend Mildred King-Chatmon, Family Friend
S)  Letter from Earl A. Ross, Family Friend
T)  Letter from Destini Gibson , Niece
U)  Letter from James Bush, Family Friend
V)  Letter from Patricia Wills, Aunt
W)  Letter from Revondra McQueen, Cousin
X)  Letter from Vanessa Woodberry, Family Friend
Y)  Letter from James Robinson, Father
Z)  Letter from Jaron Brice, Jr., and Devin Brice, Sons

**Witnesses Interviewed**

| | |
|---|---|
| James Robinson | Hannah Brice |
| Diane Brice | Monique Howard |
| Roshon Gibson | C. Aquowo |
| Capone Haynes | Earline Wright |
| Lenetta Brown | Obini Gibson |
| Jaron Brice, Jr. | Destini Gibson |
| Devin Brice, Jr. | Lamani Gibson |