UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Crim. No. 05-367 (RMC) |
| JARON BRICE, ) | |
| Defendant. ) | |

## NOTICE OF FILING

Mr. Jaron Brice, the defendant, through undersigned counsel, respectfully submits this Notice of Filing. By this Notice, counsel respectfully inform the Court that it is today delivering a sentencing video to Chambers (2 copies), the government, and Probation. The video is relevant to the "history and characteristics" of Mr. Brice. 18 U.S.C. § 3553(a)(1). With the Court's permission, counsel intend on playing the video at Mr. Brice's sentencing hearing, which is currently scheduled for September 15, 2006. The running time of the video is thirteen minutes and fifteen seconds (13:15).

Respectfully submitted,

_____/s/_____
Shawn Moore
Jonathan S. Jeffress
Counsel for Jaron Brice
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004

(202) 208-7500, ex. 134