

**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

March 28, 2006

<u>Via E-mail and Regular Mail</u>

Kelly Kraemer-Soares
Probation Officer
U.S. Probation Office
United States District Court for the District of Columbia
333 Constitution Avenue, NW, No. 2800
Washington, D.C. 20001

      Re:    United States v. Jaron Brice, CR No. 05-0367 (RMC)
              <u>Government's Version of Facts Relevant to Sentencing</u>

Dear Ms. Kraemer-Soares:

      Pursuant to your request, as follows are the facts presented during the February 21, 2006, trial of Jaron Brice or otherwise obtained during the course of the government's investigation of Mr. Brice.

**I. PROCEDURAL HISTORY**

      The investigation of this case began on August 30, 2004, following a report from the National Center for Missing and Exploited Children that K.H., a 14-year-old girl, was missing from her home in Prince George's County, Maryland. Initially, Special Agent Bridget Thomas ("SA Thomas") of the FBI's Washington Field Office, Crimes Against Children Unit, interviewed K.H.'s father and paternal grandmother, who told SA Thomas that they had information that K.H. was prostituting for Jaron Brice in Washington, D.C. On October 31, 2004, K.H. returned home again. She had been arrested twice in August 2004 for prostitution-related offenses and had regularly engaged in a sexual acts with Brice. On both occasions, she provided a false name and date of birth to law enforcement.

      On March 30, 2005, an arrest warrant was issued for Brice for engaging in sexual acts with K.H. in violation of 22 D.C. Code Section 3008 (<u>United States v. Jaron Brice</u>, F-3311-05). On May 17, 2005, the United States Marshals Service locating Brice in a high prostitution area of

Miami, Florida. They arrested Brice. At the time, Brice was with Shakita Proctor, a 19 year-old adult female.

Subsequent investigation revealed that for at least the period March 31, 2004, through his arrest on May 17, 2005, Brice, also known as "Bird," "Jay," "Jay Bird," and "Daddy," operated as a pimp by recruiting and harboring women and girls, including juveniles K.H. (D.O.B. 2/27/1990) and A.I. (D.O.B. 11/12/1989), and adult Shakita Proctor, for the purpose of prostitution. Furthermore, Brice engaged in sexual acts with these females (including the minors), took them across state lines for the purpose of engaging in prostitution, and used physical force and psychological coercion to cause them to engage in prostitution on his behalf. On October 4, 2005, Brice was indicted by a federal grand jury sitting in the District of Columbia on a 17-count indictment charging violations of both federal and local law. (United States v. Jaron Brice, CR No. 05-0367 (February 21 RMC). The Superior Court charges were subsequently dismissed on October 7, 2005. Before trial, the government orally represented that it intended to dismiss Counts Two and Ten at the conclusion of the case. Also before trial, the Court severed the counts relating to A.I. (Counts Three, Seven, Fourteen, Sixteen) and ordered that the remaining eleven charges be tried on February 21, 2006.

The trial commenced on, February 21, 2006, and was submitted to the jury for deliberation on February 28, 2006. That same day, the jury returned guilty verdicts on nine of the eleven counts. As follows is a summary of the counts in the original indictment, the counts presented to the jury, and the jury's verdict:

Count One (sex trafficking of K.H. a minor, 18 U.S.C. § 1591) - presented to the Jury as Count One - GUILTY
Count Two (sex trafficking of K.H. by force, fraud, and coercion, 18 U.S.C. § 1591) - not presented to Jury, will be dismissed by government at sentencing
Count Three (sex trafficking of A.I. a minor, 18 U.S.C. § 1591) - not presented to Jury, severed by the court, will be dismissed by government at sentencing
Count Four (sex trafficking of Shakita Proctor by force, fraud, and coercion, 18 U.S.C. § 1591) - presented to the Jury as Count Two - NOT GUILTY
Count Five (transportation of K.H. to D.C./MD/D.C., 18 U.S.C. § 2423(a)) - presented to the Jury as Count Three - GUILTY
Count Six (transportation of K.H. to D.C./N.Y., 18 U.S.C. § 2423(a)) - presented to the Jury as Count Four - GUILTY
Count Seven (transportation of A.I. to D.C./MD/D.C., 18 U.S.C. § 2423(a)) - not presented to Jury, will be dismissed by government at sentencing
Count Eight (transportation of Shakita Proctor to D.C/MD/D.C., 18 U.S.C. § 2421) - presented to the Jury as Count Five - GUILTY
Count Nine (transportation of Shakita proctor to D.C./FL, 18 U.S.C. § 2421) - presented to the Jury as Count Six - NOT GUILTY
Count Ten (unlawful possession of a firearm, 18 U.S.C. § 922(g)(9)) - not presented to Jury, will be dismissed by government at sentencing

Count Eleven (First Degree Child Sexual Abuse - penis/vulva, 22 D.C.C. § 3008) - presented to Jury as Count Seven - GUILTY

Count Twelve (First Degree Child Sexual Abuse to K.H.- mouth/vulva, 22 D.C.C. § 3008) - presented to Jury as Count Eight - GUILTY

Count Thirteen (First Degree Child Sexual Abuse to K.H. - mouth/penis, 22 D.C.C. § 3008) - presented to Jury as Count Nine - GUILTY

Count Fourteen (First Degree Child Sexual Abuse to A.I. - penis/vulva, 22 D.C.C. § 3008) - not presented to Jury, severed by Court, will be dismissed by government at sentencing

Count Fifteen (pandering of K.H., 22 D.C.C. § 2705) - presented as Count Ten - GUILTY

Count Sixteen (pandering of A.I., 22 D.C.C. § 2705 ) - not presented to Jury, severed by Court, will be dismissed by Government at sentencing

Count Seventeen (pandering of Shakita Proctor, 22 D.C.C. § 2705) - presented as Count Eleven - GUILTY

Sentencing is scheduled for May 12, 2006, at 11:00 a.m.

## II. FACTUAL SUMMARY

During the investigation and/or trial in this case the evidence revealed that on or about approximately March 31, 2004, K.H. met Brice at a party that she attended at the invitation of a juvenile friend, H.H. At that time, K.H. was having difficulties at home (she lives with her paternal grandmother) and at school and did not want to return home. At this party, K.H. came under the influence of narcotics and disrobed and engaged in various forms of sexual behavior with H.H. and male party attendees. During this activity, the clothes that K.H. and H.H. had been wearing were stolen. Although the girls repeatedly asked for the return of their clothing, no one came to their aid until Brice arrived at the party. He came with two adult women (who were know on the street as "B.G." and "Nesha"). These women were prostitutes. They told K.H. and H.H. that they could make a lot of money prostituting. Neither had ever prostituted before meeting Brice. B.G. pointed to Brice and said that they would be working for him. Both girls agreed to go with B.G. and Brice to prostitute. Brice and the four females went in Brice's purple Caprice to the Travel Lodge in Silver Spring, MD. B.G., who was Brice's "bottom bitch,"[1] told K.H. and H.H. how much to charge for sexual acts and explained Bruce's pimping rules. Those rules included that they were to call Brice "Daddy," give him all the money derived from prostitution, not look at other pimps in the eye, etc. At Brice's urging, K.H. adopted the street-name "Diamond." Brice had sexual intercourse with K.H. that night. The next day Brice bought prostitution-style clothing for K.H. and H.H. Later in the day Brice took K.H., H.H., and B.G. to the intersection of K and 15th Street, N.W. in D.C. (a known prostitution area). They

---

[1] In the prostitution trade, a "bottom bitch" is the prostitute who is most trusted by the pimp and is responsible for recruiting other females, supervising their activities, and managing the money. It is common for a prostitute to get a tattoo with the name of her pimp when she obtains the status of being his "bottom."

-3-

engaged in prostitution that night and gave all of the proceeds to Brice.[2]

K.H. prostituted for Brice from April 1, 2004, through October 31, 2004, and prostituted for him in D.C., Maryland, Atlantic City, and New York.[3] She became Brice's "bottom" after B.G. was kicked out of Brice's "stable." Pursuant to Brice's request, after K.H. became his bottom, he had her tattoo the words "Byrd's Bottom" on her stomach ("Byrd" is one of Brice's street names).[4] Brice tattooed a bird on his neck with wings similar to those on K.H.'s stomach. During these months, K.H. and Brice also had vaginal and oral (fellatio and cunnilingus) sex in numerous cities and locations including Washington, D.C., Maryland, and New York.

On June 7, 2004,, K.H.'s father Marc Wilson learned that K.H. and Brice were staying at the Budget Inn on New York Avenue in Washington, D.C. MPD officers, including Officer Max Salazar, who testified at trial, accompanied Mr. Wilson to K.H.'s room at the Budget Inn. Upon entering the room, Officer Salazar found the defendant wearing only boxer shorts. Salazar asked Brice whether anyone else was in the room. Brice answered "no." For the officers' safety, Salazar conducted a cursory check of the room for additional occupants including K.H. Upon entering the bathroom, Salazar noticed that the shower curtain was pulled closed. Salazar pulled back the curtain and found K.H. lying, on her stomach, on the floor of bathtub. Upon seeing his daughter exit named from the bathroom, Mr. Wilson screamed at Brice that she (K.H.) was "only fourteen years old!" MPD officers interviewed K.H. and she denied that she had prostituted and/or had sex with Brice. K.H. testified at trial that the reason she lied is that she loved Brice and did not want to leave him or otherwise get him in trouble. Based on K.H.'s statements at the time of the interview, Brice was not arrested and K.H. was given to the custody of her father. The next day, K.H. ran away from home and returned to Brice. Within the next day or two, Brice drove K.H. to New York City. They stayed with Brice's relatives. K.H. prostituted for Brice in New York City and also engaged in sexual acts with him in that city.

Some time in approximately October 2004, K.H. recruited Shakita Proctor to work for

---

[2] H.H. denies that she engaged in prostitution for Brice or had sex with him. However, both K.H. and "B.G." state that they were eye-witnesses to both activities. "B.G." did not testify at trial but told the government about her involvement with Brice. She told the government that she recruited females for Brice, including K.H. and H.H., saw these minors and others engage in prostitution for Brice and saw Brice engage in sexual acts with them.

[3] When K.H. began prostitution for Brice, he also had 17-year-old child named Cara Millsap in his employ. Cara, who is now 19 years old, testified at trial that she saw K.H. prostitute for Brice and engage in sexual activity with Brice. Furthermore, she herself prostituted for Brice, called him "Daddy," and gave him all of the proceeds from her acts of prostitution.

[4] K.H. also had the word "Diamond" tattooed on her neck, the phrase "Fuck you, Pay me" tattooed across her buttocks and the phrase "Love is Pain" tattooed across her back. Brice paid for each of these tattoos.

-4-

Brice. Initially, K.H. approached Proctor about dancing in a strip club, but Proctor declined the offer. Later in the summer, Proctor accepted the invitation to dance in the strip club and was taken by Brice to a club named "Irving's." K.H. taught her the essentials of stripping and assisted her while Brice waited in the car. Later that night, Brice drove K.H. and Proctor to the Day's Inn and Proctor agreed to prostitute for Brice. Brice gave her the street name "Star." She engaged in one act of prostitution that night and was, according to K.H., extremely nervous and unsure about what she was doing. Like K.H., Proctor had not prostituted before meeting Brice. Although Proctor returned to her father's home the next day after her initial act of prostitution, Brice came to her father's home a few days later and encouraged her to return with him. During the month of October 2004, K.H. and Proctor worked together as prostitutes for Brice. In addition to engaging in separate sexual activities with separate customers, K.H. and Proctor engaged in sexual acts with each other for paid customers. Brice purchased "sex toys" for them to use on each other for customers. He also engaged in simultaneous sexual activity with the two of them and caused them to engage in homosexual sex acts for his individual pleasure. As with K.H. and all of the prostitutes who worked for him, Brice took all of the money Proctor made for him.

Both K.H. and Proctor testified that Brice used physical violence, threats of violence and psychological coercion to control their behavior and ensure that they did not leave him. For example, Brice physically assaulted KH. on a number of occasions when she talked back to Brice or otherwise did not comply with his rules (which is referred to as going "out of pocket"). On one occasion, Brice beat K.H., stripped her naked, held a gun to her head, and left her outside a strip club in the rain. On another occasion, Brice accused K.H. of arranging for Proctor to be kidnaped. He pointed a gun at K.H.'s head and demanded that she tell him the truth. As for threats, Brice threatened both K.H. and Proctor if they left him and Brice bragged to Proctor about how he had killed someone in the past. This made Proctor extremely afraid of Brice. Proctor was fully aware that Brice knew where she lived and was afraid that he would kill her if she left him. As for psychological coercion, Brice made K.H. and Proctor feel that he really cared about them and would take care of them. K.H. testified that one time when she threatened to leave Brice he started crying and told her that he loved her. She fantasized that she would be with him forever. He made K.H. believe that if they could make enough money through her acts of prostitution, they would leave "the game" of prostitution and buy a house together. Brice also used sex to manipulate and control his women. He would have sex with them if they made their nightly quota or otherwise to reward them with tenderness, attention and affection. Alternately, he would have sex with one of them in front of the other as a way of making the other jealous. Further, although he knew that both females where heterosexual, he would force them to have sex with each other and instruct them regarding the sexual acts that they were to engage in for his pleasure. In addition, Brice gave K.H. and Proctor alcohol and drugs such as marijuana and ecstacy. Finally, Brice gave K.H., Proctor, and the other females who worked for him cell phones and nextel pagers as a way of maintaining communication with them and monitoring their activities. He always knew their whereabouts and activities so that he could ensure their compliance with his demands.

K.H. left Brice on October 31, 2004, after a particularly violent beating. After she left, Proctor became Brice's "bottom." She continued to work for him until he was arrested in Miami, Florida, on May 17, 2005. During the period of time she was with him, Brice was extremely violent toward Proctor and often beat her. Brice also gave Proctor a nightly quota and forced her to live by rigid rules. For instance, Proctor had to ask Brice's permission to go to the bathroom or take breaks when working the streets. She was not allowed to look at, speak with, or walk on the sidewalk with other pimps. Brice punished her if she failed to make the quota or broke other rules by beating her, actively "shunning" her, and forcing her to sleep on the floor. He "rewarded" her by having sex with her or allowing her to sleep in the bed with him. Like K.H., Proctor was required to call Brice "Daddy." The violence that Brice subjected Proctor to became more pronounced as time passed and after Proctor became the only girl working for Brice.

From October 2004 through March 2005, Brice transported Proctor to various locations in the District of Columbia and Maryland for the purpose of prostitution. Brice also rented a car and sent Proctor and another prostitute, "Cookie," to prostitute in Atlantic City, New Jersey during events associated with a boxing match. In early 2005, Brice and Proctor went to Florida, on an Amtrak train to work for him as a prostitute.[5] Proctor felt that she had no choice other than to go with Brice. By this point, she was extremely afraid of Brice. As noted above, he had threatened to kill her if she left him. She prostituted in Florida, for Brice. She was with him when he was arrested in Miami. Various prostitution-related items such as wigs, cell phones, and high heeled shoes were found in the hotel room. In addition, in the one of the phones (the one with a camera) were pornographic pictures of Proctor and Brice. Some pictures showed Proctor's exposed genitalia and other pictures showed Proctor engaging in fellatio with Brice. Proctor testified that Brice used the pictures as a marketing tool in Miami and that Brice referred to her as his "billboard." When prospective male customers would ask about the females who worked for Brice, he (Brice) would show the pornographic photos of Proctor.

Brice employed numerous other females, including juveniles, for prostitution during the period at issue in the Indictment, March 31, 2004, through May 17, 2005. He also had sex with most of these females. As noted above, "B.G." and "Neesha" prostituted for Brice. As for other juveniles that Brice used for prostitution and had sex with, K.H. and other females, including B.G., saw H.H. (another juvenile, DOB), prostitute for Brice and have sex with him. A.I., the juvenile at issue in Counts Three, Seven, Fourteen, and Sixteen, was 15 when she prostituted for Brice. She also told the government that Brice had sexual intercourse with her, once willingly and once by force. Cara Millsap was 17 when she prostituted for Brice. She testified concerning her prostitution activity with Brice. She also told the government, although the government did not elicit such testimony at trial, that Brice had sexual intercourse with her.

---

[5] Proctor stated that an Amtrak employee gave her a "friends and family" pass that she and Brice used to get to Florida.

If you have any additional questions concerning the evidence presented at trial or information otherwise obtained by the government during the course of its investigation, feel free to contact us at the phone numbers listed below.

Sincerely,

KENNETH L. WAINSTEIN
United States Attorney

_____

SHARON MARCUS-KURN
Assistant United States Attorney
555 4th Street, N.W. Room 10-122
Washington, D.C. 20530
(202) 353-9462

_____

MYESHA BRADEN
Special Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-6037