**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER  
*Federal Public Defender*

TELEPHONE (202) 208-7500  
FAX (202) 208-7515

May 1, 2006

**BY FACSIMILE**

Ms. Kelly Kraemer-Soares
United States Probation Officer
3rd and Constitution Avenue, N.W.
Washington, DC 20001

Re:  **United States v. Jaron Brice,**
**Crim. Number 05-367 (RMC)**

Dear Ms. Kraemer-Soares:

    Below please find the Defendant's Objections and Comments to the Presentence Report prepared in the above-referenced case, dated April 7, 2006.

Objections and Comments

    1.    We are respectfully objecting to the allegation in paragraph 7 that Mr. Brice used "physical force and psychological coercion to cause them to engage in prostitution on his behalf." Mr. Brice was acquitted on Count Two of the revised Indictment, which was the only count alleging "sex trafficking by force, fraud or coercion" (the government dismissed or will dismiss the other count alleging force, fraud or coercion). Following Booker, Mr. Brice's guideline range cannot be enhanced based on acquitted conduct. See, e.g., United States v. Baldwin, 389 F. Supp. 2d 1, 2 (D.D.C. 2005) (holding that, post-Booker, acquitted conduct must be proven beyond a reasonable doubt); United States v. Pimenthal, 367 F. Supp. 2d 143, 152 (D. Mass. 2005) (Gertner, J.) ("To consider acquitted conduct trivializes 'legal guilt' or 'legal innocence'–which is what a jury decides"). Similarly, the PSR should not make assertions of fact, as paragraph 7 does, based on acquitted conduct or, moreover, conduct that was never even charged or presented to a jury.

    2.    We object to a number of factual assertions contained in paragraphs 4-15. As you have noted, much of this information was simply supplied to you by the government. It was not presented to the jury at trial. There are multiple layers of hearsay in these paragraphs.

Furthermore, some of the information appears inaccurate. For example, I do not recall that K.H. adopted the street name "Diamond" at "Brice's urging." See PSR ¶ 9. Similarly, there was no testimony concerning a trip to Atlantic City by K.H. See id. at ¶ 10. The testimony at trial was that K.H. and Ms. Proctor purchased the sex toy, not Mr. Brice. See id. at ¶ 12.

3. We object to the force-related allegations in paragraphs 13, 14 and 15 because they were rejected by the jury in rendering a verdict of not guilty on Counts 2 and 4. See supra, ¶ 1.

4. We object to paragraph 21. The applicable guideline in this case is U.S.S.G. § 2G1.3(a). Because acquitted and uncharged conduct should not be relied upon in computing Mr Brice's guideline range, and Mr. Brice was acquitted of the only count alleging sex trafficking by force, fraud or coercion, there is no basis for concluding that the offense involved conduct described in 18 U.S.C. §§ 2241 or 2242. The fact that Mr. Brice was convicted of child sexual abuse under D.C. Code 22 D.C.C. § 3008 does not change this analysis, as § 2G1.3(a) does not cross-reference state offenses, and, moreover, §§ 2241 and 2242 contain additional elements beyond child sexual abuse that increase the seriousness of the offense. The federal analogue of 22 D.C.C. § 3008 is 18 U.S.C. § 2243. The guideline therefore does not "switch" from U.S.S.G. § 2G1.3(a) to U.S.S.G. § 2A3.1(a). Mr. Brice's proper base offense level is 24. See § 2G1.3(a).

5. For the same reasons listed above in paragraph 4, we object to the 4 point enhancement set forth in paragraph 22. The offenses Mr. Brice was convicted of did not involve conduct set forth in 18 U.S.C. §§ 2241(a) or (b).

6. The enhancement at paragraph 24 does not apply for the same reasons stated above in paragraph 4. See U.S.S.G. § 1B1.1 comment n.1(L).

7. The same objections listed above apply to the PSR calculations with respect to Count 4 (PSR ¶¶ 30-37).

8. The objection from paragraphs 4 above applies to PSR ¶ 40.

9. The objection from paragraph 6 above applies to PSR ¶ 41.

10. Based on the above, the total adjusted offense levels for Count 1 and 3 is 26. The level for Count 4 is also 26. The level for Count 5 is 24. Under the grouping rules, the total adjusted offense level is 29. PSR paragraphs 46-56 should be corrected consistent with the foregoing.

11. The PSR reflects that the criminal history point reflected in paragraph 62 is supported by computer docketing records only. Those records are not sufficient. See United States v. Price, 409 F.3d 436, 443 (D.C. Cir. 2005) (listing as examples of sources that are not reliable for computing criminal history docket listings, arrest warrants, police reports and a prosecutor's proffer); see generally Shepard v. United States, 125 S. Ct. 1254 (2005) (in

2

determining whether a previous conviction qualifies as a "violent felony" so as to trigger statutory enhancement, a court is "generally limited to examining the statutory definition, charging document, written plea agreement, transcript of plea colloquy, and any explicit factual finding by the trial judge to which the defendant assented"). The alleged conviction therefore cannot count towards Mr. Brice's criminal history, and his resulting criminal history category is I.

12.     Consistent with the foregoing, Mr. Brice's guideline range is 87-108 months. Please modify paragraph 95 accordingly.

13.     Finally, our office has conducted interviews with a number of people familiar with Mr. Brice and his upbringing. The attached document summarizes those interviews and supplies important background information on Mr. Brice. We ask that the attached information be incorporated into the PSR in paragraphs 72-76 and wherever else appropriate.

Thank you for your consideration in this matter. Please feel free to call me to discuss any of the above.

Sincerely yours,

JONATHAN S. JEFFRESS
Assistant Federal Public Defender

cc:   Sharon Marcus-Kurn, AUSA

3

## Supplement to PSR

**Jaron's father, James Robinson, was abusive to Jaron's mother, Diane Brice, and participated in illegal activities.**

Roshon Gibson:
> "James was kind of abusive toward my mother. He's always been responsible when it comes to paying for daycare and that kind of stuff but he was physically abusive. There were several incidents, them arguing and fighting. I've never seen him be abusive toward the kids. I saw him hit my mother. They used to fight over stupid stuff. I remember one time they got to fighting because she didn't care for one of his friend's girlfriends. He was a painter. I don't know what else he did. He was always out at nighttime I know that."

James Robinson:
> "We were young. We had problems. I was ten years older than she was. We was arguing, fussing, pushing. The problem was me staying out. I had girls' phone numbers in my pocket. It was me. I was hard-headed."

Earline Wright:
> She confirmed that James spent between five to seven years in prison for selling drugs. She said that when James was young he was glamourous. She said he was very well known. She said that when Jaron would go out with his father he was a god. She said that when James was in his 20s or 30s he wore flashy clothes. "He loved to party, women loved him. He was a good looking man. Jaron may have had an honest trait. He might have it in his blood."

Diane Brice, Mother:
> "He got in trouble. He served time for drugs before Jaron was born. It was for cocaine or heroine – I don't know which."

**As an infant, Jaron is forcibly taken from his mother by his father and they live in Baltimore for a period of time. During this time his mother has no contact with him and no information about Jaron's well-being or where he is living. Jaron is returned to his mother when his father decides he 'didn't like it.'**

Diane Brice, Mother:
> "I was 27 or 28 when Jaron was born. I got tired of my relationship with his father. I lived with my mom for awhile. He went his way. I was with my mom for a few months then I found another apartment. When James left he took Jaron. I called the police. James wouldn't let me take Jaron back, the police wouldn't make him. I didn't know where he was at one point. I didn't know where James was. I didn't know where Jaron was. One day my mother got a call. Somebody said she had been watching Jaron. She

and James were together or something. She called to say she had Jaron. It was maybe six months James had Jaron. Me and my mom were praying. Later, James' mother, Althena, called me when Jaron was at her house. I don't think he thought his mother would call me. She invited me to come get him."

James Robinson:
"I had Jaron from one year old to three years old. I had him in my possession. We lived at my mother's, 310 South Street, Northwest. Then we left. We lived in Baltimore one year. I had people pick him up for me when I went to work. In Baltimore I worked building the harbor up. I met a girl, Shirley Duncan, who helped me take care of him. She was my friend. She wanted to help me. She had a son too. He was a couple of years older. I gave her $30 every time she needed money."

"I wanted [Diane] to have him back awhile because it was hard for me, waiting at the doctors, stuff like that. I was like a mother, a lady. It wasn't too bad. I didn't like it though."

**Jaron's mother was did not provide a warm and nurturing environment for her children. She was not involved in her children's lives.**

Roshon Gibson, Sister:
"I don't think my mother wanted the responsibility of being a mother. She had Jaron ten years after she had me. I don't think she ever really wanted to be a mother. For the first two years she was being a parent to Jaron, yeah. My mother was never into – she had the kids and that's it. No guidance. We just winged it. He played basketball – she never went to his games. I think I was the one to support him. She did provide but she just wasn't into the parenting thing."

"My mom got home around 6:30 most nights. There were nights she would get dressed and go out. I watched my brothers after school and in the evening if my mom went out. She wasn't a party animal. When she was home she wasn't with us. She didn't help us with schoolwork. We would be in the basement watching TV. She would be in her bedroom to herself. I don't know what she was doing."

"When my mother was pregnant with Frank's child she was mean as ever. She mistreated us. She knew Frank had another woman pregnant at the same time. She was very argumentative. I remember she beat me with one of my brother's bats when a boy dropped me off. My brothers saw her do that. She didn't beat them but she was short with them."

"My mother's relationship with Frank was good but I never saw them being affectionate, hugging or anything like that. My mom wasn't affectionate either. My grandmother showed affection by giving us stuff. I can count the number of times my mother has

kissed me, maybe five times, like if she's leaving on a trip she'll kiss my cheek. I don't think she's ever hugged me. I never saw her being affectionate with the boys either. I'm sure that affected Jaron. I know he doesn't know how to be affectionate."

**Jaron Brice repeats the first grade at Templeton Elementary.**

See Montgomery County School Records

**Jaron's mother has worked as full-time federal employee through his life. Jaron's mother also ran a nail and hair salon in Southeast from the time Jaron was 10 until he 12. She would work at her government job during the day and run the salon in the evening. Jaron and his brother most often spent time after school at home alone with his older sister.**

Diane Brice, Mother:
"I used to run a salon. It was called Lady Brice Barbara Salon it was on Kenilworth Avenue. I was there after work until close, usually nine or so. I ran the salon for five years. Jaron was 10, 11, 12. Sometimes I picked them [Jaron and Capone?] up after work and brought them to the shop. On Saturdays they went with me to the shop. Other times they came home and were alone."

Jaron Brice, Defendant
"My mother was working. She had her own beauty salon and also she worked for the government. I saw my mother at five or six in the morning and that was it. She works for GSA. She's worked for them as far as I can remember."

**Jaron's mother was involved in numerous relations with men who were involved in illicit activities.**

Roshon Gibson, Sister:
"In Riverdale my mother was involved with Frank Carter, my youngest brother's father. Back then it was me, my brother and my mother. Frank was a good person, but he was definitely what you call a hustler. I mean he sold drugs. I think he ran a nightclub."

"Frank may have been the first person where Jaron saw the benefits of the street life. He put us in a nice house, gave us things, nice cars. We were the only kids on the block who would go to the ice cream truck with $20 each. He had every kind of Lincoln, Mark VII, a Lincoln convertible. He bought my Mom a Cadillac Eldorado and a Benz. He bought my mom a house in Clinton, Maryland. He got locked up and she lost the house. She turned around and had another man buy her the same house. She quit making the mortgage payment and the bank foreclosed on the house. It went back on the market and she had another man buy it for her. Frank got locked up in 1988. I'm sure it was drug-related. I wasn't living there then. I was sad that Frank got locked up. I think he left her money but she didn't let it last."

"She moved around with this Kenny guy, I don't remember his last name. The one that bought the house back. He was somebody she knew from the past. He was a street person too. He used to run illegal numbers, running numbers. He rolled big like Frank."

"Then she married Elroy. She didn't even tell Kenny she was moving out of the house. I remember Jaron said they drove somewhere and when Elroy got back in the car he had holes in his hands – that they were bleeding. I guess from a needle, from shooting up drugs. I've heard Jaron talk about him."

Jaron Brice, Defendant:
"Yeah I think Frank was in jail at one point. I remember collect calls sometimes when I would answer the phone. At his funeral he had more children than I expected. He had 11 kids. One of my little brother's brothers was one of my friends."

**Jaron lived with his father for a period in his teen years. His father was very strict and allowed Jaron few privileges.**

James Robinson, Father:
"He was 13 and 14, 15 and 16. He stayed here 'til he was 17 years old. He got mad at me because I beat his butt – he had marijuana in his pocket."

"People thought I was too tight on [Jaron]. I found marijuana in his pocket. He told me he had it for somebody else. I was kind of rough on him. I got mad. He wouldn't go to school I swung at him, he ducked."

"When Jaron came to stay with me I bought him clothes. I took him to the go-gos. I raised that boy right. I bought him clothes. I took him to downtown DC showed him drug addicts and prostitutes – asked him if he wanted to be like them."

Jaron Brice, Defendant:
"He made it impossible for me to finish school. He made it unbearable. I couldn't go outside, no phone calls, bed by nine. But summertime I was free to do anything, it was too much up and down. I had friends in the summertime and when school started we couldn't be friends anymore. I had to cut them off. He wasn't just trying to keep me out of trouble, he tried to keep me away from everything."

"He got a government check for me going to school. He was mainly focused on that. He wouldn't let me play football or basketball."

Diane Brice, Mother:
"Jaron left after I found out he was smoking marijuana. I don't even know if I told James. I'm not sure I had a one on one conversation with him. [Jaron] stayed there and went to school in Rockville."

**Jaron's oldest son, Jaron, Jr., was born in August 1999 [?], to his longtime girlfriend, Lenetta Brown. Another son, Devin, is born a time later.**

Lenetta Brown, Girlfriend:
> "Jaron was so excited when the baby was born. We prepared for Jaron [Jr.] to be born into the world. He was born at Washington Hospital Center. We didn't know what he was [a boy or a girl] until he was born. His mom, his grandmother, his sister, his dad, his dad's girlfriend, our friends and his cousins were all at the hospital. Jaron is great with the kids. He laugh and joke with the kids. Jaron can just look at his kids and they know – Daddy means stop or I shouldn't be doing this. He used to take the boys out to places, the zoo, Six Flags, that type of stuff. He do whatever Little Jaron ask him to do.

**Jaron provided for his children when their mother wasn't able.**

Lenetta Brown, Girlfriend:
> "Christmas one or two years ago I wasn't working I was so worried about Christmas - I didn't have anything for the boys. Jaron is a person – I mean when he does stuff he takes his time. He did everything at the last minute. He had a Jeep for the boys. He was outside riding it with them. I think that was 2004. We had Christmas at his grandmothers."

**Jaron Brice was a good employee at several jobs.**

See Winkler Pool Management Records, Lifeguard, Employed 04/2001 - 10/2001
Therimmune Research Records, Animal Technician, Employed 11/2001 - 08/2002. Received a raise in 04/2002

**Jaron's children miss him and need him in their lives.**

Lenetta Brown, Girlfriend:
> "There are certain things that boys need their daddy's for. Sometimes JJ [Jaron Jr.] just cries. He gets frustrated that his dad isn't here. JJ is closer to his father. He listens to his father. He's going through rebellions. He won't listen to me. He cries a lot."

**Jaron's younger brother is mentally ill and needs his brother.**

Diane Brice, Mother:
> "My son Capone Haynes. He's not well. He was diagnosed schizophrenic. It came about when he was about 17 years old [~2002]. He thought he was gonna get a record deal and it fell through." Diane started crying again. "[Jaron] promised me he would take care of him. He said he'd always be there for him. He said ... even if they had to sleep in his car."

Earline Wright, Stepmother:
> "Jaron loves his family. Loves his sister and brother very much. Capone is not well. That was his whole life! He spent a lot of time taking care of Capone."

**Jaron Brice has successfully obtained his GED while incarcerated on the present charge.**

Jaron Brice, Defendant:
> "There are three parts to the GED test – math, reading and essay. I'm taking the other two parts tomorrow. I think I did good on the math section today. The testing is only once every three months. If I get a legal visit tomorrow I'm gonna refuse it. After I finish the test I have three weeks off, without school, while we wait for the results."

**Jaron Brice is a model prisoner at CTF**

Jaron Brice, Defendant:
> "No I don't have no writeups, nothing like that. My custody level went down. It was a nine, now it's a six. If it keeps going down you're allowed to work outside, stuff like that." On Thursday I take a practice GED. If I pass that then I take the actual GED test on April 5th or April 6th. The principal is Ms. Boykin. My custody level was decreased by the unit counselor. I just got a new one because mine went down. My old counselor was Barnes."