IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>       Plaintiff,            )<br>                              )<br>       v.                     )   Crim. No. 05-367 (RMC)<br>                              )<br>JARON BRICE,                  )<br>                              )<br>       Defendant.             )<br>                              )  | |

**DEFENDANT JARON BRICE'S SUPPLEMENT TO OBJECTIONS TO
PRESENTENCE REPORT AND MEMORANDUM IN AID OF SENTENCING**

Mr. Jaron Brice, by his attorneys, hereby respectfully submits this Supplement to his Objections to the Presentence Report and Memorandum In Aid of Sentencing. Set forth at Exhibit 1 are excerpts from the trial testimony, with corresponding citations to the transcripts. Defendant respectfully submits that the testimony set forth at Exhibit 1 demonstrates conclusively that the evidence in this case does not support a finding by even a preponderance of the evidence that "the offense involved conduct described in 18 U.S.C. § 2241(a) or (b) or § 2242." U.S.S.G. § 2G1.1(c)(1) and § 2G1.1(c)(3). In other words, the testimony demonstrates that defendant did not compel Ms. Proctor or K.H. to engage in sexual acts "by using force against [them]," 18 U.S.C. § 2241(a)(1); "by threatening or placing [them] in fear that [they] would] be subjected to death, serious bodily injury, or kidnaping," 18 U.S.C. § 2241(a)(2); or by "threatening or placing [them] in fear." 18 U.S.C. § 2242(1)

Accordingly, the Court should not follow the cross-references at U.S.S.G. § 2G1.1(c)(1) or § 2G1.1(c)(3). Without applying the 2G/2A cross-references, Mr. Brice's offense level is a 33 and his Guidelines range is **151-188 months.** See Defendant's Memorandum In Aid of

Sentencing (Part II), at 4-5, 14-17.

                                        Respectfully submitted,
                                        A.J. Kramer
                                        Federal Public Defender


                                        _____/S/_____
                                        Shawn Moore
                                        Jonathan S. Jeffress
                                        <u>Counsel for Jaron Brice</u>
                                        Assistant Federal Public Defenders
                                        625 Indiana Avenue, N.W.
                                        Washington, D.C.  20004
                                        (202) 208-7500