## EXHIBIT 1

**Excerpts from Testimony of Shakita Proctor:**

Q. Tell us what happened the second time, or let's start back how did you get there and why did you go?
**PAGE BREAK**
A. I got there with my friend Kayo once again. I went there because at the time I couldn't find a job. It wasn't happening. And then she started talking to me more about it and I was like well, okay, whatever. Stripping. [02/22/2006 AM, Direct: 65/24 – 66/4]

Q. And after you leave the strip club you go back to the hotel, is that right?
A. Yes.
Q. Now at this point, ma'am, no one had put a gun to your head and forced you to strip had they?
A. No.
Q. No one had drawn any kind of weapon on you had they?
A. No.
Q. No one had threatened you, said I will beat you up if you don't go in that club and strip, no one had done that had they?
A. No.
Q. And you finally made some money that evening hadn't you?
A. Yes.
Q. And it was some nice easy money wasn't it?
A. It wasn't easy.
Q. Well, let's see. You were in the club about an hour and half, is that right?
A. Yes.
Q. And to your best recollection you pulled down a hundred bucks, is that right?
A. Yes. **PAGE BREAK**
Q. Okay, so that's what, 75 bucks an hour, correct?
A. Yes.
Q. All right. Not bad money is it?
A. No.
Q. I mean, 75 here and 75 there, pretty soon we are talking some real money aren't we?
A. Yes.
Q. So you make this money and then you go back to the hotel and you are going to want to make some more money, correct?
A. Actually, I wanted to stop.
Q. Well, if you wanted to stop I take it when you came out – did Kao have a cell phone?
A. Yes.
Q. When you came out of that strip club you didn't call Kao on the cell phone did you?

| | |
|---|---|
| A. | No. |
| Q. | Didn't call Kao and say okay, time is up I want you to take me back to my dad's, didn't do that did you? |
| A. | No. |
| Q. | Didn't call Kao and tell him what you were doing did you? |
| A. | No. |
| Q. | This is a good friend of yours, somebody you had been with or known for at least three months, correct? |
| A. | Yes. [02/23/2006 AM, Cross: 83/1 - 84/24] |
| | |
| Q. | All right. And so within an hour and a half after getting, getting to this hotel you are out walking the street, correct? |
| A. | Yes. |
| Q. | All right. And it's because you thought that that was going to be a good way to make some money, correct? |
| A. | From what Jaron and Princess told me, yes. |
| Q. | Well, nobody, again, no one forced you or held a gun to your head and made you go out and start prostituting yourself that night did they? |
| A. | No. |
| Q. | All right. Mr. Brice didn't say to you that night, Ms. Proctor or Shakita, if you don't go out there and start street walking I'm going to beat the stuffing out of you, he didn't say that did he? |
| A. | No. |
| Q. | As a matter of fact, no one in the group at the hotel that night threatened you or forced you to go out and start street walking at that point did they? |
| **PAGE BREAK** | |
| A. | No. [02/23/2006 AM, Cross: 89/7 –90/1] |
| | |
| Q. | Half hour. So you make, you said you make 80 bucks off of one trick in a half hour, so if you start translating that into hours, so you are making maybe a hundred sixty bucks an hour, correct? |
| A. | Correct. |
| Q. | And this is more money than you've had in a while isn't it? |
| A. | Correct. |
| Q. | Because you are not working, you say you can't get a job, correct? |
| A. | Correct. |
| **PAGE BREAK** | |
| Q. | So this is a good way for you to make some money that you didn't have, isn't that right? |
| A. | Correct. [02/23/2006 AM, Cross: 90/6 – 91/3] |
| | |
| Q. | All right. And those two days that you were out that you didn't go home were you prostituting during that period of time? |

| | |
|---|---|
| A. | No. |
| Q. | Just hanging out, is that right? |
| A. | Yes. |
| Q. | Okay.  And then shortly after that you started prostituting again, correct? |
| A. | Yes. |
| Q. | All right.  Because it was a money making, it was a way to make some money, correct? |
| A. | Yes. |

**PAGE BREAK**

| | |
|---|---|
| Q. | And it was also a way, kind of a way of being with other people and hanging out with other people, correct? |
| A. | Yes. [02/23/2006 AM, Cross:  92/11 – 93/3] |

| | |
|---|---|
| Q. | Okay. So you when you went down to Miami and you had talked about being on automatic I think as you described it, you went down thee with as you say friends and family. So you didn't go down there expecting to be prostituting did you? |
| A. | No. |
| Q. | And did Mr. Brice know that you were going down there with friends and family? |
| A. | Yes. |
| Q. | And who was it, with your dad or your mom? |
| A. | Cousins. |
| Q. | Cousins. Okay. So it's fair to say that knowing that you were going down there with friends and family that he's not expecting you to be prostituting yourself down there, correct? |
| A. | He asked me did I see any, like because I was on South Beach and I told him that I seen girls prostituting and he was like well, are you going to go make some money, try to make some money. I was like no, I am with my family. |
| Q. | All right. So this wasn't a case then of your being on automatic because you were with friends and family, correct? |
| A. | Yes. |
| Q. | Nobody, you are not going to be prostituting are you? |
| A. | He expected me to but I didn't. [02/23/2006AM, Cross: 100/2 – 100/23] |

4

| | |
|---|---|
| Q. | Ms. Proctor, how did the defendant treat you in the beginning let's say the first week or two, how did he treat you? |
| A. | He treated me like, like it was going to be okay. More like boyfriend thing the way he was telling me things were going to go. |
| Q. | What did he tell you that made you feel like it was like a **PAGE BREAK** boyfriend and that it was going to be okay? |
| A. | That he was going to be there to protect me and take me places and do things that I never did before. |
| Q. | And how did that make you feel? |
| A. | Like I was going to be protected. |
| Q. | And ultimately were you protected, Ms. Proctor? |
| A. | Not at all times. |

02/23/2006 AM, Redirect: 113/19 – 114/7

**Excerpts from Testimony of K.H.**:

| | |
|---|---|
| Q. | How – where did you meet Jaron? |
| A. | At the party. |
| Q. | How did that come about that you met him, can you tell us about that? |
| A. | Me and Heather had got – how can I say this – we got into a sexual act and a guy came in and wanted to have sex with me and I told him no. And so at that pont he said that – he had, he left. Then he came back and said he had a crackhead use the bathroom on our clothes. |
| Q. | Did that happen? |
| A. | I didn't see the clothes. We didn't never see the clothes but we didn't find them. So at that point two females came in **PAGE BREAK** and talked to us and then we left with them and Jaron. 02/27/2006 AM, Direct: 53/14 – 54/1] |

| | |
|---|---|
| Q. | Why did you leave with them? |
| A. | Because they talked about money and everything you wanted and a guy to take care of you and everything and I thought that sounded good at the time. |
| Q. | What sounded good about that to you? |
| A. | Being grown on your own, having everything you wanted, doing what you wanted. |
| Q. | When is the first time that you saw the person you call Jaron? |
| A. | That night after the girls talked to me we went outside and met up with him, got in his car and went, we went to a hotel. [02/27/2006 AM, Direct: 55/25 – 56/6] |

| | |
|---|---|
| Q. | Can you tell the ladies and the gentlemen of the jury what you remember that the defendant said to you was going on. |
| A. | I can't remember his exact words. |
| Q. | Can you tell us what you do remember even if it isn't his exact words what you do remember. |
| A. | About working, having sex for money, paying him, being happy. |
| Q. | What do you remember him saying about being happy? |
| A. | You'll have everything you want and I'll take care of you. |
| Q. | How does that make you feel, Kristal? |
| A. | Made me feel good, I guess. [02/27/2006 AM, Direct: 56/15 - 56/25] |

| | |
|---|---|
| Q. | How were you feeling at this time when you were putting on makeup at B.G's house? |
| A. | Older, grown. |
| Q. | How did that feel? |
| A. | Felt good. [02/27/2006 AM, Direct: 62/12 - 62/16] |

Q. How did you feel that day prostituting?
A. In a way I felt proud of myself because I was making some money, helping make money. I felt, I don't know. I felt like I was doing something good, I guess, I don't know. [02/27/2006 AM, Direct: 69/21 – 69/24]

Q. How did it feel engaging in sex acts for money?
A. I don't know. I really didn't pay attention to it.
Q. How did you not pay attention to it?
A. I wasn't into it, I didn't care. Just did it and went on with it. [02/27/2006 AM, Direct: 70/4 – 70/8]

Q. Where did you get the name Diamond?
A. Just picked it.
Q. Who picked it?
A. I did. [02/27/2006 AM, Direct: 75/15 – 75/18]

| | |
|---|---|
| Q. | About how long did Heather stay with you and Mr. Brice? |
| A. | About two weeks. |
| Q. | Why did she leave? **PAGE BREAK** |
| A. | Because she started talking about, talking about getting the money and not paying him and everything like that, so I told him. |
| Q. | Why did you tell him? So you ratted on her? |
| A. | Uh-hmm. |
| Q. | Why did you do that? |
| A. | Because I felt like it was the right thing to do. Like this man really cared and I needed to let him know something wrong was going on. |
| Q. | When you say this man really cared, cared about what? |
| A. | I thought he cared about me. How did he react when you told him what Heather was doing? He stayed calm and he talked to B.G. and he said well, she had to go or something like that. So he left her at a gas station and went back. |
| Q. | What happened after she left? |
| A. | She told them how old I was and -- |
| Q. | When you say how old, do you mean your true age? |
| A. | Yes. |
| Q. | How did she know your true age? |
| A. | Because she knew me from school. She already knew me before we went to the party. Once we got there, I became what I guess 17 or 18, I don't remember. |
| Q. | What do you mean you became 17 or 18? |
| A. | When we got to the party we told them that I was 17 or I **PAGE BREAK** was 18, one of those. |
| Q. | You told who? |
| A. | Everybody at the party there. |
| Q. | So when Heather left you said she told, who did she tell your true age? |
| A. | B.G. |
| Q. | So what happened after she told B.G. your true age? |
| A. | B.G. called Jaron and she told him and I talked to him and he said you have to go home. I'll take you home. But you have to go home. |
| Q. | And how did you feel about that? |
| A. | I was sad. I was angry. |
| Q. | Why were you sad, Kristal? |
| A. | Because I didn't want to leave him. |
| Q. | What were your feelings toward him at this point? |
| A. | Uh-hmm. |
| Q. | So what actually happened? |
| A. | He said you have to go home. I started crying and screaming, I ran away from the car. I was screaming no. And I went back around that way and then the car was gone. So I just went on doing whatever. |

8

| | |
|---|---|
| Q. | Did you go home? |
| A. | No. |
| Q. | Did you end up going back with him? |
| A. | Yes.  **PAGE BREAK** |
| Q. | How did that come about that you got back together with him? |
| A. | I had his phone number and he said if I ever needed him for anything call him.  So around a month later or two, I called him.  I said look, I need you. [02/27/2006 AM, Direct:  75/23 – 78/5] |

| | |
|---|---|
| Q. | What did you do for the next couple of days after you came back with him or the next couple of -- just tell us about your life shortly after you came back with him? |
| A. | For a couple of days I didn't work.  Then I started working again. |

[02/27/2006 AM, Direct: 80/1 – 80/5]

| | |
|---|---|
| Q. | Why did you lie to the police? |
| A. | Because I didn't want them to know that we had sex because I knew that him being his age and me being my age that was, was -- what's the name of that law -- it's illegal. |
| Q. | Why did you care about that whether that was legal or illegal at the time? |
| A. | Because I wanted to protect him.  Didn't want him to get in any trouble. |
| Q. | What happened when you went home? |
| A. | I stayed home for about a day.  And the next day I called him and I left, then I went back with him. |

[02/27/2006 AM, Direct: 87/13 – 87/23]

| | |
|---|---|
| Q. | When you left the room, the Budget Inn room, did you take anything with you? |
| A. | Yes. |
| Q. | What did you take? |
| A. | A pair of his boxers and my teddy bear. |
| Q. | Why did you take a pair of his boxers? |
| A. | In case I didn't see him again, I wanted something to have of his, of him. |
| Q. | What did you do with those boxers when you went home? |
| A. | I wore them. |
| Q. | How many times did you wear them? |
| A. | A couple. |
| Q. | When you left, what did you do with the boxers? |
| A. | I left them at home. |
| Q. | You said something about a teddy bear? |
| A. | Yes. |
| Q. | Tell us about the teddy bear? |
| A. | One night we had went to a carnival and he won a teddy bear and gave it to me and I took the teddy bear with me. |
| Q. | How many days before the police came to the Budget Inn did you get the teddy bear? |
| A. | A couple of days, two or three. |
| Q. | I'm going to show you Government's Exhibit 134.  Do you **PAGE BREAK** recognize what is shown in this picture? |
| A. | Yes. |
| Q. | What is that, Kristal? |
| A. | The teddy bear. |

| | |
|---|---|
| Q. | How does it feel to look at that teddy bear? |
| A. | Wild. |
| Q. | You're kind of smiling, can you tell us how it feels to look at this teddy bear? |
| MR. MOORE: | Your Honor, I'd make a relevance objection at this point. |
| THE COURT: | I think it's relevant. Can you answer the question? |
| THE WITNESS: | To look at that teddy bear it brings back memories, the good ones, the good ones. |

[02/27/2006 AM, Direct: 88/3 – 89/14]

| | |
|---|---|
| Q. | When you went back with him, when you went back with him after you left, how long did you stay with your grandmother or your father? **PAGE BREAK** |
| A. | A day. |
| Q. | And then what did you do? |
| A. | I called him and I can't remember how I got back with him but I was back with him, then we went to New York. |
| Q. | Do you remember seeing him for the first time after you left your grandmother's house? |
| A. | Uh-hmm, yes. |
| Q. | What do you remember? Do you remember what was said, what you did when you initially saw him? |
| A. | Hugs and kisses and told him that we had to get away and we talked about that and then we went to New York. |
| Q. | Whose idea was it to go to New York? How did that come about that you went to New York? Tell us about that? |
| A. | I told him that we had to get away and he told me about his cousins in New York, so we went to New York. |

[02/27/2006 AM, Direct: 89/23 – 90/15]

| | |
|---|---|
| Q. | When you went what did you think you were going to be doing in New York? |
| A. | Prostituting. |
| Q. | Why did you think that? |
| A. | Because we talked about it. |
| Q. | What did he say? |
| A. | The business not going to stop us from making money, that we still had to do what we were going to do what we had to do, we was going to get our own place, all of this. |
| Q. | Tell me about that what you just said we're going to get our own place and all of that. What did he say about the all that? |
| A. | Everything I guess, I don't know. |
| Q. | Can you tell us what you remember about the getting our own place and all that? |
| A. | Getting our own place. That stuff like that, I don't know. I don't know how to explain this. |
| Q. | Could you try to explain it to us? |
| A. | Just being happy,    stop getting out the game.    Having enough money so you don't have to do it no more. |
| Q. | What were your, what was in your head, what were your visions of what that was going to look like when you got out of the game? |
| A. | My vision I was, it was lovely, I was thinking it was going to be heaven. [02/27/2006 AM, Direct: 91/1 – 91/25] |

| | |
|---|---|
| Q. | How did you feel on the street wearing those, the clothes that you described? |
| A. | I don't know. No different. |

Q. No different than what?
A. No different than I always felt when I was with him.
Q. Which was what?
A. Just me, relaxed.
Q. So you felt relaxed wearing those clothes?
A. Uh-hmm.
Q. Is that a yes?
A. Yes. [02/27/2006 AM, Direct: 107/4 – 107/14]

Q. Why did you recruit girls?
A. More money to do bigger things.
Q. What do you mean bigger things? What things were you thinking?
A. Get a house first, quit, you know. [02/27/2006 AM, Direct: 118/24 – 119/3]

| | |
|---|---|
| A. | And the other time I seen him with a gun we were at his baby's mother house. I guess he had them in his closet. |
| Q. | What was the description of that other gun that you saw, what did it look like? |
| A. | It was a double barrel shotgun. There was another kind of gun with a, like a scope on it. |
| Q. | How did you feel when you saw these guns? |
| A. | I felt safe. |
| Q. | Why did you feel safe? |
| A. | Because he had them. And I felt like he wasn't going to let nothing wrong happen to me. [02/27/2006 AM, Direct: 127/4 – 127/14] |
| | |
| Q. | How did you violate the stay away order? |
| A. | I went back in the area. |
| Q. | Why did you do that? |
| A. | So I can keep making money. [02/27/2006 AM, Direct: 128/9 – 128/12] |
| | |
| Q. | Whose idea was it to put this tattoo on your stomach or, can you just tell us how this came about, you getting this tattoo? |
| A. | I was his bottom bitch and we thought we should brand me. |
| Q. | When you say we thought we should brand me who is we? |
| A. | Me and Jaron. |
| Q. | When did you become his bottom bitch as you call it? |
| A. | After a while of being with him. |
| Q. | Did anything change once you became the bottom bitch? **PAGE BREAK** |
| A. | No. |
| Q. | How did you feel being the bottom bitch as you call it? |
| A. | I felt that I had a lot of responsibility and I was going to live up to my name. [02/27/2006 AM, Direct: 132/17 – 133/4] |
| | |
| Q. | Okay. Could you describe what's on this tattoo, Kristal, could you just describe it for us? |
| A. | Says Bird's bottom. |
| Q. | Who is Bird? |
| A. | Bird is Jaron. That's his pimp name, bottom was for his bottom bitch and the wings is because a girl has wings. |
| Q. | Whose idea was it to put the wings on? |
| A. | It was mine. [02/27/2006 AM, Direct: 134/14 – 134/21] |

| | |
|---|---|
| Q. | I'm going to show you Exhibit 65. Do you recognize this? |
| A. | Yes. |
| Q. | What is that? |
| A. | Tattoo on my neck. |
| Q. | What does it say? |
| A. | Diamond. |
| Q. | Do you remember when that was put on your neck? |
| A. | Yes. |
| Q. | When was that put on your neck? |
| A. | When I, after I got Bird's bottom the first time. |
| Q. | Whose idea was it to put Diamond on your neck? |
| A. | Mine. [02/27/2006 AM, Direct: 135/2 – 135/13] |

| | |
|---|---|
| Q. | Showing you Government's Exhibit 66 where you said this is on your buttocks, what does it say? |
| A. | Fuck, you pay me. |
| Q. | Where did you get that tattoo, where were you when you had it put on? |
| A. | At a house. |
| Q. | Do you remember what city? |
| A. | Forestville. |
| Q. | Who was with you? |
| A. | Jaron and his friend. |
| Q. | What was his friend's name? |
| A. | Louk. |
| Q. | Whose idea was it to have this put on your buttock? |
| A. | I don't know.  We both liked the picture. |
| Q. | What do you mean the picture? |
| A. | It was in a book. |
| Q. | Showing you Government Exhibit 67.  Do you recognize that?  **PAGE BREAK** |
| A. | Uh-hmm. |
| Q. | What does it say? |
| A. | Love is pain. |
| Q. | Where is that on your body? |
| A. | On my back. |
| Q. | When did you get that tattoo? |
| A. | About a week two after I got the one on my butt. |
| Q. | Who was with you? |
| A. | I was by myself. |
| Q. | Whose idea was it to get this tattoo? |
| A. | Mine.  [02/27/2006 AM, Direct: 137/9 –138/11] |
| | |
| Q. | I only have two other questions, Krystal.  Were there things that you liked about prostituting? |
| A. | The money. **PAGE BREAK** |
| Q. | The money, is that yes? |
| A. | Yes. |
| Q. | I'm going to modify that when I said only two questions.  What do you mean by the money, what money did you get? |
| A. | The money that I made it be spent on me and him.  Things we needed, wanted. |
| Q. | What were the things you didn't like about prostituting? |
| A. | The tricks. |
| Q. | What didn't you like about the tricks? |
| A. | The rude tricks.  Trying to get over. |

| | |
|---|---|
| Q. | Trying to what? |
| A. | Trying to get over. The bad dates that happened. |
| Q. | Were there any other things you didn't like about prostituting? |
| A. | No. [02/27/2006 AM, Direct: 150/23 – 151/16] |

| | |
|---|---|
| Q. | It was your idea, you thought I have got to get out of town, is that right? |
| A. | Yes. **PAGE BREAK** |
| Q. | That's what you told us this morning. You just wanted to get away from here or you wanted to get away from your dad? |
| A. | Wanted to get away from here. [02/27/2006 AM, Direct: 166/23 – 167/3] |