# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 05-0367 (RMC)** |
| | : | |
| **JARON BRICE,** | : | **Judge: Rosemary M. Collyer** |
| | : | |
| **Defendant.** | : | **Sentencing Date: September 15, 2006** |

## ATTACHMENT A TO GOVERNMENT'S REPLY TO DEFENDANT JARON BRICE'S MEMORANDUM IN AID OF SENTENCING PARTS I AND II AND OBJECTIONS TO PRESENCE REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits an "Attachment A" consisting of portions of the trial transcript in the above-referenced case to its "Reply to Defendant Jaron Brice's Memorandum In Aid Of Sentencing Parts I and II and Objections To Presence Report that may be useful to the Court's evaluation of the appropriate sentence in this case.

Direct Examination of Shakita Proctor

Portions Of Transcript From February 22, 2006 (a.m. Session) Testimony of Shakita Proctor

Q:    For the entire time that you prostituted for him approximately, just approximately how much money would you make, let's say in an average day that includes the night?

A:    A day about, about 400.

*              *              *

Q:    What did you do with the money, Ms. Proctor?

A:    Gave it to Jaron.

Q:      Why did you do that?

A.      Because if I didn't he would beat me for it because he would feel as though I'm stealing money from him.

Q:      Did he ever beat you for that?

A:      Once.

Q:      Tell us about that?

A:      We were in Maryland and I had kept the money in my coat and he couldn't find the money so we, he started beating on me because he thought I was trying to take his money home.

Q:      When you say beating could you tell us specifically what he did?

A:      He would smack me, hit me, beat me with his, like he would punch me in my back.

Pages 93-94

Q:      Is there a word if you violate the rules?

A:      Out-of-pocket.

Q:      What does that, could you tell us what that phrase means?

A:      Out-of-pocket means if I was to have an attitude with him or get smart with him or if I was to come across another pimp and look at the pimp or some way somehow come in contact with that pimp he would consider that out-of-pocket or if I wasn't making enough money for him that would be out-of-pocket.

Q:      How did you learn that phrase?

A:      He taught me that phrase.

Q:      Were you ever out-of-pocket?

A:      Yes.

Q:      What did he do?

A:      He would beat me for it.

Pages 99-100.

Q:    Did you and Princess ever engage in sexual acts when the defendant was there?

A:    Yes.

Q:    Could you tell us about how that, why that happened?

A:    Because he knew we weren't really getting along and if he was having sex with me she would make him, he would make her kiss me or lick, kiss on my chest, whatever.

Q:    What would he say to cause this to happen?

A:    He would more so wouldn't say anything.  Just more the way he act.  He would pull her, snatch her by her hair or pull me by my hair and he tell us what to do like he would say kiss her or do certain sexual activities.

pp. 106-107.

Portions Of Transcript From February 22, 2006 (p.m.) Testimony of Shakita Proctor

Q:    When you met him initially, how did you feel about whether you could come and go as you pleased?  How did you feel about that?

A:    I really didn't feel I could come and go.  I felt like once – like, entrapment.

Q:    Why did you feel, like your word, entrapment?

A:    Because after I see what he did to Princess, Krystal, I was scared that he might do the same thing to me.

*              *              *

Q:    Could you tell us some of those things that you saw and where they happened?

A:    We were on Central Avenue at Days Inn.  I seen him pull a gun out on her.  I seen him –

Q:    I want to talk about that for a minute.  Let's stick on that one.  Could you tell us everything you remember about that from the beginning to the end?

A:    If she has like certain – if she has attitude problems, he'll beat her.  And if she doesn't – if it's to the point where she's just not going to be quiet, he'll pull his gun out on her.  Once incident was when we were coming from the strip club and she left out with an attitude.

Q:      What does that mean, an attitude?  What was she actually doing or saying?

A:      She was just saying - she was cussing, stumping, not wanting to talk to anybody, say anything to us.

Q:      What happened next?

A:      He asked her what was wrong with her, and she didn't really – she was just saying nothing. But he knew something was wrong with her.  It had to do with me, but I didn't know what it was.  And she just started saying "fuck you," and she got out the car – they got out the car and – he snatcher her out the car and he snatched her wig off, stripped her down naked, he pulled his gun to her head and was beating her.

Q:      What does that mean?  What did you see?  When you say he was beating her, what did you see?

A:      He was beating her with is hand, with his fist.

Q:      And where was his fist going?

A:      Her face, anywhere on her body.  Yeah, he was beating her and she was – last time I seen her, she was running down the street naked.

Q:      On that incident, you said that he pointed a gun at her head?

A:      Yes.

*          *          *

Q:      What did it look like?

A:      It was a black nine-millimeter and it had a brown wooden handle, and it had a rubber band holding the clip, the bottom clip in.

Q:      Before that incident, had you seen him with a gun?

A:      Yes.

Q:      Tell us about many times had you seen him with a gun before that incident where he stripped her naked?

A:      About two or three times.

Q:    Do you remember those times?

A:    Yes.

Q:    Could you tell us about those times?

A:    One time he was sold crack to a crackhead.  The crackhead owed him $10.  He pulled his gun out to the crackhead.  Another incident was with Princess, too.

Q:    Tell us about that.

A:    Once she had an attitude, and she was just saying smart stuff.  And beating her obviously to him not getting his point across, so he pulled his gun to her.  We were in the room on Central Avenue.

*              *              *

A:    And then there was the time when I had got kidnaped and he had pulled a gun out to her.

Q:    Tell us about that incident.

A:    It started off on – we were on Central Avenue, and this was on a date – she told me that one of her clients wanted to do me.  So she got in the car – she told me that she would be back, and she left for I would say about two hours.  She left with him; she came back and told me that he wanted to date me.  So she told him to meet us on 49th and Quarles Street later on that night, because that's where we were going to be.  So later that night we went there and 10 minutes later after we got there, he popped up.  So we got in the car with him and went to go find a dark area.  She was in the back seat and I was in the passenger seat.  She got out because he had only 10 minutes, so she got out and smoked a cigarette and was standing right there.  And the trick was looking around, he was telling me that he didn't like the area that we was in so he put his hood on and he started his car up.  And I asked him what was he doing; he's, like, we're going to go find another area.

*              *              *

A (continued):
       So [the guy] came back to me, he had his gun in one hand and my phone in the other other hand, and he was, like, I got something to tell yo.  Come to the car.  But I kept walking.  so I kept walking, and then he was telling me – he drove up to me, he was, like, the girl that you were with, she told me that she doesn't like things that's going on between you and the guy that you're working for, so she paid me to do this and she set it up.

*              *              *

5

A:     I called Jaron.  He gave me my phone back and I called Jaron to let him know where I was at, and I told him what the guy told me, that Princess set it up.  And then he came around and picked me up.

Q:     And then what happened?

A:     He was hitting her, beating her in the car, and then when we got back to the room, he was asking her did she do it.  And she was saying no.  We got back to the room and he just was asking her did she do it.  She was saying no, and then he felt as though I guess she was lying.  He pulled his gun to her head and throw her on the bed, and had his gun to her head and was telling her to tell him the truth.  But she was just denying it.

*               *               *

Q:     What effect did that have on you, seeing that incident?  Do you know what I mean by that question?  How did that make you feel?

A:     It was scary, because he was saying that he was going to kill her if she didn't tell the truth.  And it was just to the point where it was a lot of screaming, crying going on in the room to where the cops came up to the room and asked if everything was okay.  And he told her to shut up.  Before he opened the door, he told her to shut up, and he had the gun under the bed and he was telling the cop that everything is okay.

Q:     Is there anything that he did to you or anybody else that made you feel afraid, or as you call it, entrapped?

A:     I seen him like he would beat on Princess.  He told me he'll beat his girls with hangers and belts.  He's beaten me once with a belt.  He'll just beat me or kick me, beat me, pull my hair.

Q:     Where did he hurt you with the belt?

A:     On my side.

Q:     Did you ever ask him anything about his use of the gun?

A:     Yes.

Q:     Why did you ask him something about the gun?

A:     Because the type of person that he is, I just wanted to know, actually to know what type of person he actually was and what was his reason for the gun.

Q:     Where were you when you asked him about the gun?

6

A:    We were in the truck.

Q:    What did you say?

A:    I asked him as he ever killed anybody.

Q:    And how did he answer?

A:    He said yes.

Q:    And did he tell you some of the details?

A:    Yes.

Q:    How did you feel when he told you that?

A:    Scared.

Pages 24-31.

Q:    How did you know how to behave with the defendant?

A:    From the way that he was treating Princess, and just going by basically what she was doing, because that's what I was told to do.

Q:    You said that you were told to do. Were some of the things you were told to do things that the defendant told you to do?

A:    Yes.

Q:    What were the things the defendant told you to do?

A:    To always have a smile on my face, always listen to him, always bring him money, and to stay in pocket when I'm out with him and there's other pimps around.

Q:    What does "in pocket" mean, Ms. Proctor?

A:    To always follow his rules. Like I have to stay walking behind him or beside him with my head down. If there's another pimp around, I have to hold my head down, not make any eye contact, don't touch them, don't walk up to them, don't stay nothing.

Page 38.

Q:      I'm going to show you Government's Exhibit Number 4.  Do you recognize this article of clothing?

A:      yes.

Q:      What is it, Ms. Proctor?

A:      A jean skirt.

Q:      Do you remember this?

A:      Yes.

Q:      What do you remember about it?

A:      He had me wear this on South Beach.

Q:      And how did you feel to wear it?

A:      Revealing.

Q:      What do you mean by that?

A:      Because you could see my butt cheeks and you could see my vagina.

Q:      And what would you wear under it?

A:      Sometimes he had me wear nothing or I would wear a thong.

Q:      When you say sometimes he had you wear, what would he say to you?

A:      He would tell me – because he's always in the room with me when I get dressed, and he'll tell me sometimes he prefer if I don't wear – or just have me take it off, take off my underwear and put on a skirt.

Pages 86-87.

Q:      How did he feel to wear these [high heeled] shoes?

A:      Uncomfortable.

Q:      Did you ever tell him that?

8

A:      Yes.

Q:      What would you say?

A:      I would tell hm that my feet is hurting or I need to sit down and take a bear, and he would beat me for it or just make me keep walking.

Page 91.

TT from February 23, 2006 (a.m. session)

Q:      Ms. Proctor, I'd like to talk about Government's Exhibit 34.  You testified that he took pictures of you with that phone.

A:      Yes.

*            *            *

Q:      Could you describe, tell us everything about the taking of the pictures.

A:      Pictures of, he took pictures of my vagina, pictures of me when he was making me give him oral sex.  That's basically it.

Q:      You said that you were in the Vagabond Hotel when he took the pictures.

A:      Yes.

Q:      Did he say why he wanted to take those pictures of you?

A:      Because he said I was his, his billboard and when, that when I was around he would be outside because people knew that he was a pimp and if somebody asked him if he had any girls, he would show them my pictures on the phone.

*            *            *

Q:      Ms. Proctor, you had the opportunity when you were with him to actually leave him?

A:      No.

Q:      Why do you say no?

A:      Because at the time he knew where I lived and there was no way of getting away from him.

9

Q:      Why did you feel that way?

A:      Because it was entrapment basically.

        (Pause.)

        I'm sorry.  He told me if I was to ever try to leave him that he would kill me.

Q:      When did he say that to you, Ms. Proctor?

A:      He told me this when we were at home and in Miami.

Q:      Where were you at home when he told you that?

A:      On Central Avenue.

Q:      What were you doing on Central Avenue when he told you that?

A:      Prostituting.

Q:      What prompted him to say that or what caused him to say that, what happened?

A:      Because Princess had left and he didn't have any, he feels as though he wasn't the type t have a nice to five job and he wanted to be a pimp for the rest of his life and that was the, I was the only girl that he had at the time.  If I was to leave then he wouldn't have no incoming money.

Q:      You said that he said that to you in Miami also?

A:      Yes.

Q:      Could you tell us the circumstances of that statement?

A:      He seen that I was depressed and I didn't want to do it any more, I was telling him that I was getting tired of it.  He told me if I was to try to leave that he would kill me.

Q:      How did you feel when he said that?

A:      Scared.

Pages 45-47.

Cross Examination of Shakita Proctor

10

Q:     Now when you went home and stayed there for a day and you say Mr. Brice came and got you. He didn't point anything, a weapon, any gun or anything at you and say come on out here I want you to go out start prostituting did he?

A:     No, but it was just what he told me to do or it would be consequences.

Q:     Well, you didn't stop and you didn't say no to going back out there did you?

A:     I couldn't say no.

Page 106.

Redirect of Shakita Proctor

Q:     Ms. Proctor, how did the defendant treat you in the beginning let's say the first week or two, how did he treat you?

A:     He treated me like, like it was going to be okay. More like boyfriend type thing the way he was telling me things were [sic] going to go.

Q:     What did he tell you that made you feel like it was like a boyfriend and that it was going to be okay?

A:     That he was going to be there to protect me and take me places and do things that I never did before.

Q:     And how did that make you feel?

A:     Like I was going to be protected.

Q:     And ultimately were you protected, Ms. Proctor?

A:     Not all the times.

Q:     How long was it before you started feeling entrapped as you called it, that's your word?

A:     About a month into it.

Q:     What started happening about a month into it?

A:     He started to smack me, beat me, forced me to go out when I didn't want to. Wasn't, he wasn't allow me to eat what I wanted to.

11

Q:     Mr. Moore asked you, suggested that it was easy money and you said it wasn't easy money. Why was this not an easy way to make money?

A:     Because he had me in high heels, stilettos, revealing clothes and when I wanted to take a break I couldn't. I was tired, he wouldn't let me go to sleep. I was forced to go out there and make the money and if I didn't that I would get beaten for it.

Pages 113-114.

Direct Examination of K.H.

Portions Of Transcript From February 27, 2006 (Testimony of K.H.)

Q:     Can you tell us what you do remember [the defendant saying to you] even if it isn't his exact words you do remember?

A:     About working, having sex for money, paying him, being happy.

Q:     What do you remember him saying about being happy?

A:     You'll have everything you want and I'll take care of you.

Q:     How did that make you feel, Kristal?

A:     Made me feel good, I guess.

Q:     At that point had you ever prostituted before?

A:     No.

Pages 58-59.

Q:     At this point what did you believe or think were the rules if any?

A:     Pay him.

Q:     What do you mean pay him?

A:     The money I make, give it to him.

Q:     Why did you believe that you were going to have to give him the money?

A:     Because that's what I was told.

12

Q:    Who told you that?

A:    B.G.

Q:    Where was the defendant when B.G. said that?

A:    He was in the room.

Q:    What were the other rules that you believed at this point that were gong to govern your prostituting?

A:    No talking to other pimps, hate them, don't look at them.  Don't get smart with him.

Q:    From that day on, what did you call the defendant?

A:    Daddy.

Q:    Had you ever called anybody except your father daddy

A:    No.

Q:    Why did you call him daddy from then on?

A:    Because I was told that was my daddy, that was the one that was going to take care of me, love me, treat me right and everything.

Q:    Did you believe that?

A:    Yes.

Pages 60-61.

Q:    How did you feel that day prostituting?

A:    In a way I felt proud of myself because I was making some money, helping make money. I felt, I don't know.  I felt like I was doing something good, I guess, I don't know.

Page 69.

Q:    Were there some rules that you learned in that movie that became your rules with Mr. Brice?

A:    Yes.

Q:     What were the rules that became your rules with Mr. Brice?

A:     No reckless eyeballing, out-of-pocket.

Q:     What does reckless eyeballing mean?

A:     Looking at a pimp in the face or in the eye.

\*              \*              \*

Q:     What, if anything, did you learn from the defendant about reckless eyeballing?

A:     When we around certain people or certain places I was told to keep my head down at times. Just –

Q:     What type of people were you told to keep your head down to?

A:     Around pimps, when we were around other pimps.

Q:     Who told you to keep your head down?

A:     Jaron.

\*              \*              \*

Q:     You used the term out-of-pocket.  What does that mean out-of-pocket?

A:     Getting smart with them, like breaking any of the rules, getting smart, talking back, looking at another pimp.

Q:     Did you ever go out-of-pocket with the defendant?

A:     Yes.

Q:     What wold happen, what did happen when you went out-of-pocket?

A:     Sometimes I would get hit, got cursed out.

Q:     Who would hit you?

A:     Jaron.

Q:     Where would he hit you?

14

A:      In my face.

Q:      How did that feel?

A:      Painful.

Page 72.

Q:      When you went what did you think you were going to be doing in New York?

A:      Prostituting.

Q:      Why did you think that?

A:      Because we talked about it.

Q:      What did he say?

A:      The business is not going to stop us from making money, that we still had to do what we
         were going to do what we had to dom we was going to get our own place, all of this.

Q:      Tell me about that what you just said you're going to get our own place and all of that What
         did he say about the all that?

*                *                *

Q:      Could you try to explain it to us?

A:      Just being happy, stop getting out the game.  Having enough money so you don't have to do
         it no more.

*                *                *

A:      My vision I was, it was lovely, I was thinking it was going to be heaven.

Q:      Who was in that vision of yours?

A:      Jaron

Pages 91-92.

Q:      Did you during the time that you were with him, did you consume any illegal drugs?

A:      Yes.

Q:      What drugs did you consume?

A:      Marijuana, Ecstasy.

Q:      How often would you smoke marijuana?

A:      Almost every day.

Q:      Who paid for the marijuana?

A:      Whose money was it or who would buy it?

Q:      Whose money was it?

A:      It was my money.

Q:      Who would buy it?

A:      Jaron.

Pages 109-110.

Q:      Do you remember when [B.G.] left?

A:      Yeah, after that incident she still stayed off and on for awhile though.

Q:      Could you tell us what you're talking about when you way that incident, tell us what happened?

A:      One week, one night we were on K Street and I had a date and B.G. came with me.  And I got a hundred and fifty dollars off that date.  And B.G. had a date with the other guy in the car.  So she asked me to have $50.  I got in the car and she was like don't tell him because she was going to hide it from him and keep it for herself.

Q:      What was wrong with that?

A:      You don't do that.  You give him what you got.

Q:      So what happened next?

A:      So I got in the car with him.  After he [sic] night was over and I told him what had happened. I told him about me giving B.G. the money and how she was hiding it and he said okay, and he told, called B.G. and told her to follow us.  And he went in front of his grandmother's house.  We stopped in front of his grandmother's house.  And at that point he got out of the car, and said I'll be right back and B.G. was in the car at this time and told her to get in the car.  She was sitting in the back seat.  She had her leg out the door.  He came back out.  And put a gun to her leg.

Q:      What did the gun look like, Kristal?

A:      It was black and long and collapsible.

Q:      What happened next?

A:      Said bitch, stop playing with me, where my money.  She said daddy, I don't have nothing. Then she ended up giving him the money anyway.

Q:      What happened next?

A:      She got in the car and left.  And then we went to the hotel.

Q:      How did you feel when that incident happened?

A:      I was scared.

Q:      What made you scared?

A:      Gun, seeing him angry.

Q:      How did he act when he was angry?

A:      Yelling and cursing, and he had that look on, a look on his face.

Q:       How often did you see that look on his face?

A:      After that quite often.  Not all, not every day, but when he get angry.

Q:      Was the incident with B.G. you're talking about was that the first time you saw that look in his eyes?

A:      Yes.

Q:     Can you tell us the other times you're talking about when you said you said you saw it other times?

A:     When I get beat.

Q:     Tell us about that?

A:     Which one?

Q:     Do you remember the first time you got beat?

A;     Yes.

Q:     Tell us about the first time you got beat?

A:     We were in the Budget Inn. And I can't, I don't remember what we were arguing about, and I told him fuck you or something, and then he hit me. This time I didn't know no better so I hit him back and he kept hitting me and hitting me, and I was luck fuck you, I'm leaving you. And I went for the door, and he grabbede me by my arm, and I don't remember, we started talking and ended up staying.

Q:     Was anybody else in the room with you when that happened?

A;     No.

Q:     Why did you end up staying?

A:      Because he said he loved me.

Q:     And how did you feel when he said that he loved you?

A:     I felt special.

Q:     Were there any other times he got that look in his eyes?

A:     Yes.

Q:     Do you remember the next time, Kristal?

A:     I don't remember the next time.

Q:     Do you remember another time?

A:      Yes.

Q:      Tell me another time?

A:      The time that I left him.

Q:      Tell us about the time you left him.

A:      We were at the club and this is when I had recruited a girl, Star.  And I was angry because I felt like she was taking attention from me.  And getting all of his attention like he cared about her more than he cared about me.  So I was screaming at her and we go tin an argument, and I remember him coming out and he – we had gotten into an argument about something, I was like fuck you, Jaron, I had you.  He was like bitch, what you say?  And he like take my clothes off.  I [sic] took everything off, the wig and everything.  And he almost got in the car, he said fuck you, I hate you bitch, I hope you die.  I was like what?  He started chasing me.  And I hid.  I hid behind the trash can, and then I came out, and he was like I ain't going to hurt you, baby, I came out.  And I tried to run form him again and I tripped and he started beating me.  At this point I wasn't fighting back, I never fought back.  And he beat me.

Q:      Kristal, when you say that he beat you, what did he actually do to your body?

A:      Punch me, kick me.

Q:      Did anybody else see this?

A:      Star.

TT at pages 122-126.

Q:      Besides the time that you saw him put the gun to B.G.'s leg, did you see the gun again ever or–

A:      yes.

Q:      How many times?

A:      I seen that one one other time and I seen a couple other ones one time.

Q:      Tell us about the time you saw that one one other times?

A:    I had got robbed by a trick and I knew where he lived.  So I told Jay who it was.  He was like all right, we going to get them niggers, so we went around and stayed for a minute.  but they never came out.  Se we just left.

Q:    What happened next?

A:    And the other time I seen him with a gun we were at his baby's mother house.  I guess he had them in his closet.

Q:    What was the description of that other gun that you saw, what did it look like?

A:    It was a double barrel shotgun.  There was another kind of gun with a, like a scope on it.

Q:    How did you feel when you saw these guns?

A:    I felt safe.

Q:    Why did you feel safe?

A:    Because he had them.  And I felt like he wasn't going to let nothing wrong happen to me.

Pages 126-127.

Q:    Do you recognize this tattoo, Kristal?

A:    Uh-hum.

Q:    What is it?

A:    It's my tattoo.

Q:    What does it say?

A:    Bird's bottom.

Q:    Who, where did you get this, that tattoo?

A:    First time I got it at some guy's house.  I can't remember who it was?

*               *               *

Q:    Who were you with when you got this tattoo?

20

A:     Jaron.

*               *               *

Q:     Whose idea was it to put this tattoo on your stomach, or, can you just tell us how this came about, you getting this tattoo?

A:     I was his bottom bitch and we thought we should brand me.

Q:     When you say we thought we should brand me who is we?

A:     Me and Jaron.

Tt at pages 131-132.

Q:     How were you feeling about the defendant when you met with [the FBI agent assigned to this case]?

A:     I believe I still loved him.

Q:     Why do you believe you still loved him?

A:     Because I was willing to protect him.  I don't want any harm to come to him.

Q:     Did you do anything to protect him?

A:     I lied.

Q:     What do you mean by that?

A:     I lied to everybody about everything that happened.

Pages 149-150.

Cross examination of K.H.

Q:     You have testified I believe you told the prosecutor that the first time or the time that you left the party with Neisha and B.G. and Mr. Brice that you went to a hotel somewhere, is that correct?

A:     Yes.

Q:  And I think you said that Mr. Brice drove and B.G. was in the front seat and the others were in the back seat of this car.  Is that correct?

A:  Yes.

Q:  All right.  Now nobody was forcing you to go anywhere were they?

A:  No.

Q:  Nobody was putting a gun to your head or a knife or anything like that forcing you to go anywhere, correct?

A:  Correct.

Q:  I think you said that at least, correct me if I'm wrong, but you told the prosecution that Mr. Brice didn't say anything in the car on the way over, correct?

A:  I don't recall him saying anything.

TT at pages 156-157.

Q:  And I think you said that you prostituted on Park Avenue?

A:  Yes.

Q:  Boy, you were in pretty tall cotton on Park Avenue weren't you?

A:  Yes.

Q:  Pretty expensive area, correct?

A:  Yes.

TT at page 165.

Q:  Now the reason among other things that you say you were leaving to go to New York was this was like you said, the day after this incident at the Budget Hotel, right?

A:  Yes.

Q:  It was your idea, you thought I have got to get out of town, is that right?

A:  Yes.

TT at page 166.

Q:    Now also this morning you talked in some detail about him beating you up.  On how many occasions?

A:    Quite a few.

Q:    Okay.  where was it, where would he hit you?

A:    My face.

Q:    Okay.  And when you say quite a few, is that like five, 10, something like that?

A:    Yeah.

Q:    Okay.  And this would occur, I take it from what your saying, in various places?

A:    Yes.

Q:    Well, that's not what you told the grand jury is it?

A:    No.

Q:    As a matter of fact, Ms. Marcus-Kurn specifically asked you about that and page 55, line 14. She asked you has he every physically assaulted you in any way?  And your response was no, wasn't it?

A:    Yes, it was no.

Q:    You understood her question, correct?

A;    Yes.

Q:    you understood what she's talking about with physically assaulted, correct?

A:    Yes.

Q:    You understood that question included whether he had beaten you up, slapped you, anything of a physical nature.  Correct, right?

A:    Yes.

Q:      All right.  And you also said that perhaps it was this afternoon, that at some point you'd seen him point a gun towards B.G.'s leg?

A:      Yes.

Q:      Or put the gun on B.G.'s leg, and you never said anything like that to the grand jury, did you, putting a gun on B.G.'s leg, did you?

A:      Not in my first testimony.

TT at pages 173-174.

Redirect of K.H.

Q:      Did you also say in the grand jury on November 12, 2004,k page 52, you were asked, you were asked on page 51, did you ever see Jay with a gun and you answered yes.  Do you remember being asked that and answering that question?

A:      Yes.

Q:      And do you remember on page 52 being asked the question what did Jay do with the gun? And you answered he put it to my head and told me don't lie to me.

A:      Yes.

Q:      Did that happen?

A:      Yes.

Q:      And how did you feel when he did that?

A:      Scared.

TT at pages 182-183.

                              Respectfully submitted,
                              KENNETH L. WAINSTEIN
                              United States Attorney
                              D.C. Bar Number 451058


            BY:


                              24

_____

SHARON MARCUS-KURN
Assistant United States Attorney
AZ Bar #10970
555 4TH Street, N. W.
Washington, D.C. 20530
(202) 353-9462


_____

MYESHA BRADEN
Trial Attorney
DC Bar No. 461485
Department of Justice
Criminal Division
1400 New York Avenue, NW
Suite 600
Washington, D.C.  20005