SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    CASE NO. CR 05-367 (RMC)
v.

JARON BRICE    PDID NO. 498-001

**FILED SEP 15 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

## CERTIFICATION OF SEX OFFENDER AND NOTICE ORDER

YOU ARE HEREBY GIVEN NOTICE THAT pursuant to the Sex Offender Registration Act of 1999, D.C. Code § 24-1121 et.seq., you are certified by this Court as a SEX OFFENDER. This certification is made pursuant to:
- your conviction of the following offense(s): First degree child sexual abuse, sex trafficking of a minor, interstate transportation of a minor for purposes of prostitution
- plea agreement incident to your conviction of the following offense(s): _____

- your acquittal on the basis of insanity of the following offense(s): _____

- this Court's determination that you are a Sexual Psychopath.

Due to the nature of your offenses, you have been classified as a:
- ●) Class A Sexual Offender
- Class B Sexual Offender
- Class C Sexual Offender

which carries a
- ●) lifetime registration
- registration of 10 years

with the Court Services and Offender Supervision Agency.

### DUTIES OF THE SEX OFFENDER
AS A CERTIFIED SEX OFFENDER YOU ARE HEREBY ORDERED to register within three days if you are sentenced to probation or released after a term of incarceration, or if released from incarceration through a halfway house to register prior to release from the halfway house, with the **Court Services and Offender Supervision Agency, 633 Indiana Avenue, N.W., Room 1264**. This registration requires the submission of all information requested of you, including but not limited to your name and any aliases, your social security number, your current home address, and the location of your current place of employment and/or school attended. You will also be required to cooperate in photographing and fingerprinting. For the period of your registration, you must report to the Agency any change of residence or any other change in registration information. Other duties will be explained to you upon your registration with the Agency.

### FAILURE TO COMPLY WITH THE ACT
You shall be fined not more than $1,000 or imprisoned for not more than 180 days or both for failure to comply with any portion of this Act, including any requirements adopted by the Court Services and Offender Supervision Agency. If there has previously been a conviction for failure to comply with the Act, you shall be fined not more than $25,000 or imprisoned not more than five (5) years or both. Compliance with these requirements is a mandatory condition of your probation, parole, supervised release, or conditional release.

Judge: _____    Defense Attorney: _____

Defendant: _Jason Br____  Date: 9/15/06

Defendant: _Jason Br____  Date: 9/15/06