# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **vs.** | **:** | **Criminal No. 05-367 (RMC)** |
| **JARON BRICE,** | **:** | |

# NOTICE OF APPEAL

**Name and address of appellant:**  Jaron Brice
CTF
1901 E Street, SE
Washington, DC   20003

**Name and address of appellant's attorney:**  Neil H. Jaffee, Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense: 18 USC § 1591; 18 USC § 2423(a); 18 USC § 2421; 22 DCC §§ 3088 & 1805; 22 DCC § 2705**

**Concise statement of judgment or order, giving date, and any sentence:  9/15/06 - Counts 1, 5 & 6 sentenced to 360 months to be served concurrent to all other counts, followed by 120 months supervised release; Counts 11, 12 & 13 - 180 months imprisonment, 60 months supervised release concurrent to all other counts; Count 15 - 12 months imprisonment, followed by 36  months supervised release to be served concurrent to all other counts; Count 8- 120 months imprisonment to be followed by 36 months supervised release  to be served concurrent to all other counts; Count 17 - 12 months imprisonment, 36 months $100 special assessment imposed on each count for a total of $900.00.**

**Name of institution where now confined, if not on bail:**

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

| | |
|---|---|
|   09/21/0605 | Jaron Brice |
| DATE | APPELLANT |

CJA, NO FEE _____

PAID USDC FEE _____                ATTORNEY FOR APPELLANT

PAID USCA FEE _____

Does counsel wish to appeal on appeal? Yes/No
Has counsel ordered transcripts? Yes
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes